# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  ALEXANDRA MICHAEL
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  PHONE: (702) 388-6370
5  FAX: (702) 388-6418
   Attorneys for the Plaintiff
6



7

8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED CRIMINAL INDICTMENT** |
| PLAINTIFF, | 2:15-CR- _14_ |
| vs. | **VIOLATION:** |
| OMAR QAZI, | 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| | Felon in Possession of a Firearm |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

On or about January 6, 2015, in the State and Federal District of Nevada,

**OMAR QAZI**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 2012 conviction, in the State of Nevada, for Battery with Substantial Bodily Harm, did knowingly possess a firearm, to wit: a Smith & Wesson .22 caliber firearm bearing Serial Number M37231, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate

commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).


**DATED:** this 20th day of January, 2015.

**A TRUE BILL:**


/S/
FOREPERSON OF THE GRAND JURY


DANIEL G. BOGDEN
United States Attorney


ALEXANDRA MICHAEL
Assistant United States Attorney