SEALED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00014 |
| Plaintiff, | WRIT OF HABEUS CORPUS |
| | AD PROSEQUENDUM FOR |
| vs. | OMAR QAZI |
| | ID # 01993576 |
| OMAR QAZI, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN,
CLARK COUNTY DETENTION CENTER
LAS VEGAS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

GREETINGS:

WE COMMAND that you have the body of OMAR QAZI, (ID#01993576), detained in the custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Las Vegas, Nevada, 89101, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about February 24th, 2015, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said OMAR QAZI is released and discharged by the said Court; and that you shall thereafter return the

//

said OMAR QAZI to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: 2-10-2015

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

February 11, 2015   Las Vegas, NV
DATE