UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:15-cr-00014-APG-VCF |
| vs. | **ORDER** |
| OMAR QAZI, | |
| Defendant. | |

Before the court is the Motion to Proceed Pro Se (#27, 28).

IT IS HEREBY ORDERED that a hearing on Motion to Proceed Pro Se (#27, 28) is scheduled for 1:00 p.m., August 5, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport Defendant to and from the hearing.

DATED this 28th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE