# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:15-cr-00014-APG-VCF |
| vs. | ) | |
| OMAR QAZI, | ) | |
| Defendant. | ) | **ORDER** |

On August 6, 2015, this Court granted the defendant's right to represent himself and that the Court will appoint CJA stand by counsel, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Jennifer Waldo, is APPOINTED as stand by counsel for Omar Qazi in place of The Federal Public Defender for all future proceedings.

The Federal Public Defender's office shall forward the file to Ms. Waldo forthwith.

DATED this  10th  day of August, 2015.

NUNC PRO TUNC DATE: August 7, 2015.

_____
UNITED STATES DISTRICT JUDGE