**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15–cr–14–APG–VCF |
| vs. | **ORDER** |
| OMAR QAZI, | |
| Defendant. | |

Mr. Qazi moves the court for four forms of relief. Each is discussed below.

First, he seeks additional time in the prison law library because he must wait to access certain materials. "[T]he Constitution does not guarantee a prisoner unlimited access to a law library. Prison officials of necessity must regulate the time, manner, and place in which library facilities are used. The fact that an inmate must wait for a turn to use the library does not necessarily mean that he has been denied meaningful access to the courts." *Lindquist v. Idaho State Bd. of Corr.*, 776 F.2d 851, 858 (9th Cir. 1985). Nonetheless, the court grants Mr. Qazi's motion. He is currently proceeding *pro se* and is limited to one hour of library time per day. Mr. Qazi is granted a total of three hours in the law library per day.

Second, Mr. Qazi seeks "adequate legal resources." He asks the court to "re-program" the prison computers and provide him with hard copies of various legal texts and authorities. The motion is denied. "[T]he Prison need not provide its inmates with a library that results in the best possible access to the courts. Rather, the Prison must provide its inmates with a library that meets minimum constitutional standards." *Id.* at 856. Mr. Qazi has failed to show that the prison's law library fails to meet the minimum standard. Rather, he motion asserts that it simply does not meet his personal standards.

Mr. Qazi's remaining motions complain that the prison is not meeting severing adequate food that meets his religious needs or providing adequate medical care. Mr. Qazi fails to specify what ailment he is suffering from. These motions are irrelevant to the government's prosecution and beyond the scope of this litigation.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Mr. Qazi's Motion for Additional Law Library Time (#68) is GRANTED. Mr. Qazi is permitted to have a total of three hours in the law library per day.

IT IS FURTHER ORDERED that Mr. Qazi's Motion for Adequate Legal Material (#69), Motion to Allow Religious Diet (#70), and Motion for Adequate Medical Care (#71) are DENIED.

IT IS SO ORDERED.

DATED this 18th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2