# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OMAR QAZI,

        Defendant.

Case No. 2:15–cr–14–APG–VCF

**REPORT & RECOMMENDATION**

MOTION TO DISMISS (#78)

*Pro se* defendant Omar Qazi moves to dismiss the government's indictment for lack of personal jurisdiction. *See* (Doc. #78). The motion is meritless. "It is well settled that a district court has personal jurisdiction over any party who appears before it, regardless of how his appearance was obtained." *United States v. Marks*, 530 F.3d 799, 811 (9th Cir. 2008) (quoting *United States v. Lussier*, 929 F.2d 25, 27 (1st Cir. 1991)). Mr. Qazi made his initial appearance on February 24, 2015. (Doc. #13). Therefore, the court has personal jurisdiction over him.

ACCORDINGLY, and for good cause shown,

IT IS RECOMMENDED that Mr. Qazi's Motion to Dismiss (#78) be DENIED.

IT IS SO RECOMMENDED.

DATED this 21st day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1