UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>Defendant. | Case No. 2:15-cr-14-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION DENYING MOTIONS TO DISMISS**<br><br>(Dkt. ##39, 40, 41, 42, 43, 55) |

    Defendant Omar Qazi filed several motions to dismiss the charges against him. (Dkt. ##39, 40, 41, 42, 43.) Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motions. (Dkt. #55.) Mr. Qazi filed an objection. (Dkt. #60.) I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendations.

    IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #55) is ACCEPTED**, Qazi's Objection **(Dkt. #60) is OVERRULED**, and Qazi's motions to dismiss **(Dkt. ##39, 40, 41, 42, AND 43) are DENIED**.

    Dated: February 22, 2016.

                                                                                       ANDREW P. GORDON<br>
                                                                                       UNITED STATES DISTRICT JUDGE