**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT & RECOMMENDATION DENYING MOTIONS TO DISMISS** |
| OMAR QAZI, | |
| Defendant. | (Dkt. ##46, 47, 57) |

Defendant Omar Qazi filed both a motion to dismiss the charges against him (Dkt. #46) and a petition for writ of mandamus (Dkt. #47) that also seeks dismissal of the charges. Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motion and petition. (Dkt. #57.) Mr. Qazi filed an objection. (Dkt. #76.) I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendations.

IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #57) is ACCEPTED**, Qazi's Objection **(Dkt. #76) is OVERRULED**, and Qazi's motion to dismiss **(Dkt. #46)** and petition for writ of mandamus **(#47) are DENIED**.

Dated: February 23, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE