UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>               Defendant. | Case No. 2:15-cr-14-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION DENYING MOTION TO DISMISS**<br><br>(Dkt. ##85, 86, 87, 88, 98) |

    Defendant Omar Qazi filed another motion to dismiss the charges against him. (Dkt. #85.) Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motion. (Dkt. #98.) Qazi filed an objection to that recommendation. (Dkt. #104.) I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendation.

    In his objection to the Report & Recommendation, Qazi also seems to appeal Magistrate Judge Ferenbach's order denying Qazi's motions for an *in camera* inspection and disclosure of material and oral arguments on those motions. (Dkt. ##86, 87, 88). I have reviewed Judge Ferenbach's Order (Dkt. #98), Qazi's objection, and the related papers. Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

    IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #98) is ACCEPTED**, Qazi's Objection **(Dkt. #104) is OVERRULED**, and Qazi's motion to dismiss **(Dkt. #85) is DENIED**.

/ / / /

/ / / /

/ / /

/ / / /

IT IS FURTHER ORDERED that Magistrate Judge Ferenbach's Order **(Dkt. #98) is AFFIRMED**, Qazi's Objection **(Dkt. #104) is OVERRULED**, and Qazi's motions **(Dkt. #86, 87, and 88) are DENIED**.

Dated: February 23, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE