UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT & RECOMMENDATION DENYING MOTION TO SUPPRESS** |
| OMAR QAZI, | |
| Defendant. | (Dkt. ##49, 66) |

Defendant Omar Qazi filed a motion to suppress evidence obtained by the Las Vegas Metropolitan Police Department pursuant to a telephonic search warrant. (Dkt. #49) Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motion. (Dkt. #66.) Mr. Qazi filed an objection. (Dkt. #79.) I have conducted a *de novo* review of the Report & Recommendation and related papers. Qazi objects to the admissibility of the evidence in this federal case because the evidence was obtained by state law enforcement officers (rather than by federal officers) pursuant to a search warrant issued by a state judge (rather than by a federal judge). (Dkt. #79.) This does not preclude the admission of such evidence in this case. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendation.

IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #66) is ACCEPTED**, Qazi's Objection **(Dkt. #79) is OVERRULED**, and his motion to suppress **(Dkt. #49) is DENIED**.

Dated: February 23, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE