UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>      v.<br><br>OMAR QAZI,<br><br>                           Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER DENYING MOTION TO RECONSIDER**<br><br>(Dkt. #54) |

      Defendant Omar Qazi filed a motion and addendum (Dkt. ##54, 61) to reconsider my earlier order (Dkt. #32) accepting Magistrate Judge Ferenbach's recommendation (Dkt. #23) that I deny Qazi's motion to suppress (Dkt. #18). Mr. Qazi does not offer any new factual or legal support to convince me to reconsider that order. Although he cites to *Rodriguez v. United States*, 135 S.Ct. 1609 (2015), that case does not lead me to a different result than what is set forth in my order.

      IT IS THEREFORE ORDERED that Qazi's motion to reconsider **(Dkt. #54)** is **DENIED**.

Dated: February 23, 2016.

                                                             _____
                                                              ANDREW P. GORDON
                                                              UNITED STATES DISTRICT JUDGE