UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>                 Defendant. | Case No. 2:15-cr-14-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION DENYING MOTION TO DISMISS**<br><br>(Dkt. ##78, 84) |

      Defendant Omar Qazi filed a motion to dismiss the charges against him. (Dkt. #78.) Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motion. (Dkt. #84.) Mr. Qazi filed an objection to that recommendation. (Dkt. #90.) I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendation.

      IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #84) is ACCEPTED**, Qazi's Objection **(Dkt. #90) is OVERRULED**, and Qazi's motion to dismiss **(Dkt. #78) is DENIED**.

      Dated: February 23, 2016.

                                                        ANDREW P. GORDON<br>
                                                        UNITED STATES DISTRICT JUDGE