UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>                Defendant. | Case No. 2:15-cr-14-APG-VCF<br><br>**ORDER DENYING OBJECTION AND MOTION TO VACATE MAGISTRAGE JUDGE'S ORDER**<br><br>(Dkt. ##119, 127, 128) |

      Defendant Omar Qazi filed an objection to—and a motion to vacate—Magistrate Judge Ferenbach's Order denying Qazi's motion to reconsider his prior Order. (Dkt. ##119, 127, 128.) I have reviewed Judge Ferenbach's Order (Dkt. #119), Qazi's objection/motion, and the related papers.  Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

      IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Order **(Dkt. #119) is AFFIRMED**, Qazi's Objection **(Dkt. ##127) is OVERRULED**, and Qazi's motion to vacate **(Dkt. ##128) is DENIED**.

      Dated: February 24, 2016.

                                                                         _____<br>
                                                                       ANDREW P. GORDON<br>
                                                                       UNITED STATES DISTRICT JUDGE