UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO VACATE ORDER SETTING TRIAL** |
| v. | |
| OMAR QAZI, | (Dkt. ##102, 103) |
| Defendant. | |

    Defendant Omar Qazi filed an objection (Dkt. #102) to the Government's motion (Dkt. #93) to continue the trial, and a motion (Dkt. #103) to vacate my order (Dkt. #96) granting the Government's motion. As Qazi acknowledges in his motion, the decision to grant a trial continuance is delegated to my discretion. (Dkt. #103 at 2:53-61.) Qazi's motion fails to demonstrate that my order constitutes an abuse of my discretion. Nor does it provide a sufficient justification for me to reconsider my order.

    IT IS THEREFORE ORDERED that Qazi's motion to vacate **(Dkt. #103)** is **DENIED**.

Dated: February 24, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE