UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-14-APG-VCF |
|---|---|
| Plaintiff, | **ORDER ACCEPTING REPORT & RECOMMENDATION DENYING MOTION TO DISMISS** |
| v. | |
| OMAR QAZI, | (Dkt. ##99, 114) |
| Defendant. | |

    Defendant Omar Qazi filed another in his ongoing series of motions to dismiss the charges against him. (Dkt. #99.) Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of this motion. (Dkt. #114.) Mr. Qazi filed an objection to that recommendation. (Dkt. #120.) I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendation.

    IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #114) is ACCEPTED**, Qazi's Objection **(Dkt. #120) is OVERRULED**, and Qazi's motion to dismiss **(Dkt. #99) is DENIED**.

Dated: February 24, 2016.

 

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE