UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER ALLOWING DEFENDANT TO INTERVIEW WITH PRETRIAL SERVICES** |
| OMAR QAZI, | |
| Defendant. | (Dkt. ##101, 106, 107) |

Defendant Omar Qazi filed an objection to—and a motion to vacate—Magistrate Judge Leen's order denying his motion for a new pre-trial release hearing. (Dkt. ##101, 106, 107.) Mr. Qazi contends, among other things, that he did not interview with Pretrial Services before his detention hearing because he did not know he could do so. (Dkt. #107 at 2:42-45.) Mr. Qazi now requests the opportunity to interview with Pretrial Services and present allegedly new information bearing on his pretrial detention. (*Id.* at 2:54-55.) The Government does not oppose Mr. Qazi's request to meet with Pretrial Services, but requests permission to respond to any new Pretrial Services report. Good cause appearing,

IT IS ORDERED that Pretrial Services shall interview defendant Omar Qazi and file a supplemental report within seven business days of entry of this Order. The Government and Mr. Qazi shall have 14 calendar days thereafter to file any response to the supplemental report.

Dated: February 24, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE