# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>OMAR QAZI,<br><br>          Defendant. | 2:15-cr-00014-APG-VCF<br>**ORDER** |

Before the court is the Motion to Place on Calendar Motion for Status Hearing to Appoint Legal Counsel (#161).

IT IS HEREBY ORDERED that a hearing on the Motion to Place on Calendar Motion for Status Hearing to Appoint Legal Counsel (#161) is scheduled for 1:00 p.m., March 23, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport Defendant to and from the hearing.

DATED this 16th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE