**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00014-APG-VCF |
| vs. | **ORDER** |
| OMAR QAZI, | |
| Defendant. | |

Before the court is the Motion to Strike Government's Motion to Strike (#162). The court recommended that the Government's Motion to Strike be denied as moot in the report and recommendation (#158).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Strike Government's Motion to Strike (#162) is DENIED as MOOT.

DATED this 16th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE