UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>　　　　　　Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION DENYING DEFENDANT'S MOTIONS**<br><br>(ECF Nos. 115, 116, 121, 124, 140) |

　　　　Defendant Omar Qazi filed a motion to vacate the case and expunge the record (ECF Nos.115, 116), a motion to dismiss for statutory ambiguity (ECF No. 121), and a motion to dismiss for violations of the Tenth Amendment (ECF No. 124). Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motions. ECF No. 140. Mr. Qazi filed an objection and a supplement thereto. ECF Nos. 152, 157. I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendations.

　　　　IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(ECF No. 140) is ACCEPTED**, Qazi's objection and supplement **(ECF Nos. 152, 157) are OVERRULED**, and Qazi's motions **(ECF Nos. 115, 116, 121, 124) are DENIED**.

　　　　Dated: June 10, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE