# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|         Plaintiff, | 2:15-cr-00014-APG-VCF |
| vs. | **ORDER** |
| OMAR QAZI, | |
|         Defendant. | |

On June 10, 2016, the Honorable Andrew P. Gordon, United States District Judge, granted the government's motion to strike Qazi's objection. (ECF No. 184). The undersigned's Report & Recommendation (ECF No. 158) was accepted in part, and Qazi's remaining objection (ECF No. 173) was sustained in part. The court ordered that with regard to the Miranda argument, the government is permitted to file a substantive response by June 23, 2016; or, it may stand on the arguments asserted in its current response (ECF No. 175) to Qazi's objection. Qazi may file a reply to the government's response by July 1, 2016. Judge Gordon referred this matter to Magistrate Judge Ferenbach to address the Miranda issue. *Id.*

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on the Miranda issue is scheduled for 11:00 a.m., July 15, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport Defendant Omar Qazi to and from the hearing.

DATED this 14th day of June, 2016.

                                                          _____
                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE