# GOVERNMENT'S "EXHIBIT 1"



LAS VEGAS METROPOLITAN POLICE DEPARTMENT

## ADVISEMENT FOR CUSTODIAL INTERROGATION (Adults)

You have the right to remain silent.

Anything you say can be used against you in a court of law.

You have the right to the presence of an attorney during questioning.

If you cannot afford an attorney, one will be appointed before questioning.

Do you understand these rights?

(LVMPD 148 (REV. 11-10))