# GOVERNMENT'S "EXHIBIT 2"

