# GOVERNMENT'S "EXHIBIT 3"

