# GOVERNMENT'S "EXHIBIT 4"

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 1

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

**SPECIFIC CRIME:**   PROHIBITED PERSON IN POSSESSION OF FIREARM

**DATE OCCURRED:**   01-06-2015                    **TIME OCCURRED:**

**LOCATION OF OCCURRENCE:**
              CITY OF LAS VEGAS          CLARK COUNTY

**NAME OF PERSON GIVING STATEMENT:**   OMAR QAZI

| | | |
|---|---|---|
| **DOB:** | **SOCIAL SECURITY #:** | |
| **RACE:** | **SEX:** | MALE |
| **HEIGHT:** | **WEIGHT:** | |
| **HAIR:** | **EYES:** | |
| **WORK SCHEDULE:** | **DAYS OFF:** | |
| **HOME ADDRESS:** | **PHONE 1:** | |
| **WORK ADDRESS:** | **PHONE 2:** | |

The following is the transcription of a tape-recorded interview conducted by DETECTIVE M. KITCHEN, P# 6474, LVMPD GANG CRIMES BUREAU on   March 29, 2013, at 1913 hours.

Q:    Okay Mike Kitchen, P# 6474.  I'm conducting a taped interview under event number 150106-2982.  We're gonna be at uh Harmon and Koval uh reference uh the stop on Nevada plate 916ARL it's a brown 4-door Satum—Saturn.  Suspect we'll be interviewing is an Omar last name Q-A-Z-I, he's got an ID number of 1993576, social of ████████ uh date of birth is ████████.  Uh, he's already been advised of Miranda rights per the patrol officers.  What's going on man?

A:    How you doin'?

Q:    Are you uh Omar?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 2

EVENT #: 150106-2982
STATEMENT OF:  OMAR QAZI

A:    Yep.

Q:    How do you spell your last name?

A:    Qazi.

Q:    Or how do you pronounce your last name?

A:    Qazi, like Kamikaze.

Q:    Oh like Kamikaze.  What's your birthdate?

A:

Q:    And your social?

A:

Q:    Okay, and you got stopped by the patrol officers today?  Okay do you know why they stopped you?

A:    Well he said it's because I was comin' out of what you call Harbor Island and I just came right in front of him real fast.

Q:    Okay.

A:    But I mean you know I wasn't...

Q:    You haven't been drinking or nothin' right?

A:    Nah.

Q:    Okay.

A:    I wasn't, I wasn't doin' nothin' wrong and I mean I, I did ask him to—if he had warrant or nothing and he, he just, he didn't even ask me to search my car or nothing.  He just went...

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# VOLUNTARY STATEMENT
PAGE 3

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:    Is it the uh, the gold Saturn right here?

A:    Yeah.

Q:    Who's car is that?

A:    It's my mo—mother's car.

Q:    Is it in your mom's name?

A:    Yeah.

Q:    Okay, but who drives it?

A:    Well I mean I'm driving it right now.

Q:    Okay.

A:    I was on the way…

Q:    Does, does she know that you have it?

A:    Yeah.

Q:    Okay.

A:    I was on, I was on the way to see my doctor you know and…

Q:    Okay.

A:    You know I was in a rush that's why I…

Q:    Well you, you sound a little frustrated right now so, kinda just bear with me cause we got called here to, to handle and figure out what's goin' on…

A:    I understand.

Q:    …and who you know if you need to go to jail cause I don't even know if you need to go to jail right now.   It just all depends on the conversation that you and I have.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 4

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

A:    Alright.

Q:    Alright, so the more you know the patient you are with me the probably better things will be.

A:    I understand.

Q:    So kinda just bear with me.  And your mom, your mom knows that you have the car?

A:    Yeah.

Q:    What's your mother's name?

A:    Gloria.

Q:    Gloria.

A:    Yeah Gloria Ugarte yeah.

Q:    Okay what address does she live at?

A:    Uh the same as my ID at...

Q:    Which is?

A:    

Q:    What are the cross streets over there?

A:    It's like          and

Q:    Okay.  Now you said that the officers uh checked your vehicle?

A:    Yes.

Q:    But they didn't have a warrant?

A:    No.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 5

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:    Okay.  Do you know what they found?

A:    He says a little bit of weed or something.

Q:    Okay.

A:    Or, or.

Q:    Is that weed, does that belong to you?

A:    No it doesn't.

Q:    Okay, who does it belong to?

A:    I don't know.

Q:    'Kay, could it belong to your mom?

A:    No she, she doesn't nothing like that.

Q:    Okay, well I got to ask cause like you said it's her car.  How long have you been driving it?

A:    Well I mean I just got out in uh end of September.

Q:    You got out of where?

A:    Out of prison.   In September…

Q:    What were you in prison for?

A:    For battery.

Q:    Battery just battery?   Or battery with substantial?   Or what?

A:    Yeah, yeah, yeah but—battery with substantial harm.

Q:    Okay.  Was that a felony?

A:    Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 6

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:    Okay, how much time did you do?

A:    They gave me one to five but I, I cleaned it up so I did about uh two years seven months.

Q:    Okay.   Are free and clear now?

A:    Yeah.

Q:    Or are you on supervision?

A:    No I'm, I'm clear.

Q:    Free and clear.

A:    Yeah.

Q:    Okay.   Any—well, anything else you've been arrested for in the past?

A:    Well I mean I've been yeah arrested plenty of times and…

Q:    But that's the only time you've been to prison?

A:    Yeah.

Q:    For the battery?   Okay.   Well it's no big deal if you're free and clear you've done your time, you've done your time.   Um, the marijuana is not yours?

A:    No.

Q:    Okay.   You don't know who it could belong to?

A:    No idea.

Q:    Okay.   Are you workin' right now?

A:    Uh, right no.   I'm, I'm doing somethin' online just some promoting and stuff.

Q:    Okay.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 7

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

A:     But I'm, I'm looking for a job.

Q:     Uh promote what music?

A:     No, it's kinda like a application I promote.

Q:     Oh, okay.

A:     But yeah, yeah.

Q:     Okay.

A:     Like a phone app.

Q:     You got a wife and kids or anything like that?

A:     I mean yeah I got a couple of kids you know.   I'm, I'm tryin' to do right you know I'm not tryin' to get into trouble you know so.

Q:     I hear you, I hear you.   Is there anything else in the car that we got to worry about?

A:     Not that I know of.

Q:     Okay.   Just, just so you know right now um, my partner is doing a search warrant for the vehicle.

A:     Okay.

Q:     Based on the marijuana that was found.   Um, the other circumstances surrounding that whether or not or how the, the officers went in or anything like that, that will all be cleared up down the road.   So—I right now with the information I have I don't know if it's right/wrong or indifferent.   I'm just tellin' you cause I just got here.   What, what's transpired right now that there's having search warrant for the vehicle.   'Kay, to recover the narcotics and any other narcotics related

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 8

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

accessories and any other illegal contraband that may be found inside the car.   So that's why I'm talkin' to you.   If there's anything else in there that you and I need to have a conversation before we do our photographs, before we go through the car and before we find whatever else that we need to find.   So, I'm just talkin' to you man to man you know straight up.   If there's somethin' in there then we need to have a discussion and get it figured out.   Because if not and then I go in there and I find and we've already afforded you the opportunity then it just comes down to creative writing and paperwork.

A:     I mean there shouldn't be anything in the car.

Q:     Okay.

A:     Not that I know of.

Q:     Has anybody else been in the, the car with you lately?

A:     Well, I mean while I was in prison all I, all I remember is that the like the cause the radio was jacked and the stereo.

Q:     Okay.

A:     And, and you could see, you could see how they ripped the panels off and all that.

Q:     Was the car stolen?

A:     Uh, it wasn't stolen so I mean, but they were obviously in the car you know.

Q:     When you say they who, who are we talkin' about?

A:     Not who, whoever, whoever went into the car.

Q:     Okay.

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 9

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

A:    It, it...

Q:    Did your mom tell you that this happened?   Or you assumed that this happened?

A:    Well...

Q:    Or just by the condition of the car?

A:    Just by the condition of the car.

Q:    Did you ask your mom what happen with the car?

A:    Well it was, cause it was sittin' for like a year and a half.

Q:    While you were inside?

A:    Yeah and, and—at by uh her friend's house.

Q:    Oh okay.

A:    So, I mean for all I know someone did take the car for a while or you know.

Q:    How long have you been out now?

A:    About a coup—two/three months.

Q:    Okay.

A:    Uh...

Q:    Okay.

A:    And I mean if, if, if there's anything in that car...

Q:    Mm-hmm.

A:    Like, like you could see like I said it was all damaged and stereo taken out.

Q:    Okay.

A:    They could have put something in there I don't.

Voluntary Statement-No Affirmation~ ISD/Word 07

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# VOLUNTARY STATEMENT
**PAGE 10**

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:    Okay.

A:    But that's why I'm like I don't understand what's goin' on you know and I'm like.

Q:    Okay.

A:    I'm just you know.

Q:    What if I told you there was a firearm in that car.

A:    (Makes a noise) I, I'm, I'm surprised with the weed as it is.   I mean I don't know if you I can't believe that that happened.

Q:    Okay, if there is a firearm in the car okay, which we believe that there is because there's part of a firearm stickin' out from the under where the cup holder is at. 'Kay, you could see it by lookin', lookin' through the window.

A:    Okay.

Q:    'Kay, I believe that you're, you're bein' honest with me, but these are still questions that I have to ask you.   For any reason would your DNA or your fingerprints be on that firearm or any, any firearm that's inside that car?

A:    No.

Q:    Okay, so if I took your DNA and I process that gun and I send it to the lab…

A:    Mm-hmm.

Q:    …your DNA and fingerprints won't come back on it?

A:    No.

Q:    Okay, would you be willing to give me your DNA?

A:    Uh, that's fine.

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 11

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:   Okay.  Well how would you explain that there'd be a, a gun in the car?

A:   Like I said I, I, I...

Q:   'Kay are you, are you having problems with anybody right now?

A:   No.

Q:   Are you having any issues?  And what I'm, what I'm trying to get at if for what—and I understand you're, you're reluctant to talk to me about it because the overall you know situation I get that.   A lot of time when you know the main reason why people have firearms is for protection.   Okay and, whether or not people have problems with like ex's or not sayin' you cause you're not a dope dealer, but they have problem with like the competition and shit like that.   People try to take 'em out or gangsters, not saying your gangster, but gangsters have guns for protection against other gangsters and things like that.   And that's a viable reason as to why a person would have a firearm in their possession.   You know what I mean?   You just came out of prison.   The car is in the situation that it's at.   You're in between.   You know you're out here, here from here to there.   You don't know what's really goin' on.   You don't know what's happening.   So that would be a viable excuse as to why you would have it.   You know if it, if it's just in there for protection and that's the only thing.   You haven't done any robberies.   You have done any fucken pointed at people.   You haven't done any kidnappings, because that would be a completely different scenario.   Do you feel what I'm tellin' you?

A:   Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 12

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:   So if, but if there's any chance that your DNA cause you understand what DNA is right?

A:   Yeah.

Q:   If there's any chance that your shits on that I need to know now.  If there's a reason why you have that gun I need to know now.  Because what's gonna happen is after this conversation there's no more conversations.  The processing happens.  We collect your DNA.  We go to the lab and then we present everything in court and the first thing the DA is gonna ask me is like, did you have a conversation with him and I'm gonna tell him yes I did.

A:   Mm-hmm.

Q:   'Kay, did you afford him the opportunity to be honest and forthcoming and I'm gonna tell him yes, yes I did.  Was he honest with you about the firearm?  What am I gonna tell him.

A:   Okay I mean, I said I don't know sir.

Q:   But you understand how that's a little difficult on my side.

A:   I understand.

Q:   You know you're the only one driving the car.  It's right there.  If I can see it from the outside of the window how could I expect you not to see it.

A:   From outside the window.

Q:   Yeah you, you could look, you could look like from where the, the driver's or the passenger's side window is you know the mirror?

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 13

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

A:    Yeah.

Q:    You could look in there and you could see at where the cup holders at.

A:    Really?

Q:    Mm-hmm.

A:    There's no way.   Can, can I see I mean…

Q:    We'll go over there when we're done talkin', but I'm, I'm tellin' you.

A:    Yeah but…

Q:    So if, if that's the case I mean I don't, I don't know you know I mean…

A:    I don't, I don't get how you could just look in there and see a gun.  I, I've been driving it all day and…

Q:    Well that, that's why, that's why, that's why I'm baffled right now.

A:    Yeah it doesn't make sense to me.

Q:    You know.   If I called your mom what would your mom say?

A:    I don't know I mean.  I would actually like to call my mom right now.  I don't understand what's going on you know.

Q:    Right.

A:    Like you know uh, the only thing I could think of is either like when I was in prison and I was, it was at her friend's house and maybe you know someone like when they took the stereo they, they were, they took, they were in the car and they put stuff in there you know it's all I could think of.

Q:    Mm-hmm.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 14

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

A:     Or you know I mean…

Q:     Why would somebody break into a car and leave a gun behind?

A:     I don't know.   I mean the—her friend that had the, had the car there had the key to the car.

Q:     Okay.

A:     You know so for all…

Q:     But you've been drivin' the car how long now?

A:     Just since I've been out.

Q:     Huh?

A:     Just since I've been out of jail.

Q:     Which is how long?

A:     Just a couple months.

Q:     Okay, so in a couple months…

A:     I've been borrowing a car here in there you know.

Q:     You've been the only one driving the car right?

A:     Well my mom and me yeah.

Q:     Well we're gonna—it ain't gonna be your mom.

A:     No.

Q:     Honest with you I think the gun is yours.   That just—I'm just—I don't—you don't need to say nothin'.   I'm just tellin' you I've been doin' this for fifteen years.   Okay, I believe that gun is yours.   I can see it in your eyes.   I could see it by the, the

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 15

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

way—here me out.  I could see by your reaction to our conversation.  And that's fine I understand.  Okay, but I'm not a fool.  Alright, if I gotta waste everybody's time by doing the processing and all that, that conversation I have isn't gonna be helpful.  Because here, here, here's the thing.  You've been to prison before.  You understand how things go.  You can roll the dice you know what I mean.  You and I both know.

A:    Mm-hmm.

Q:    You can roll the dice and if you don't cooperate you know what's gonna happen.  You're not gonna get any leniency at all.  They're gonna say he's been there once, he didn't learn his lesson.  The detective was extremely willing to work with him.  All he wanted was honesty and he's not even tellin' me because I know you're afraid, fuck I'm gonna go back to prison.  I get that.  Okay, you may not go back to prison.

A:    How, how is there I may not go to prison, because if I...

Q:    This is, this is, this is all I do is firearms.  That's all I do.  You know you won't, you have one felony conviction.

A:    Okay.

Q:    That's it.

A:    Okay.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 16

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:    One felony conviction, okay.   I just got off the phone with the DA on my way over here.   A guy that I just did a case on eleven time ex-felon out of four different states.   Do you know much time he's doin'?

A:    I don't know sir.

Q:    He's doin' nineteen months.   That's it.   He had a gun, and he had two counts of trafficking for meth and marijuana and all three all he's doin' is nineteen months. You know what I'm saying?   It's not the end of the world.   It's not.   And there's no guarantee that you're even gonna go to jail.   You might even get probation.   I'm not lying to you.   I'm not promising you anything and I'm being straight up with you based on the cases that we've put together and the results that we see at the DA's office.   You know, but if you're gonna tell me the story that you've been drivin' this car and the only other person that's been drivin' is your mom, there's a gun in the car it's either your mom's or yours.   I know it's not your moms.   Okay, I understand why you would have it but I can't get a full understanding of that unless you tell me.   Then I know your prints and your DNA are gonna come back on that gun.   I, I know it is and what I'm asking you is just to cooperate with me so I don't gotta waste anybody's time, money and resources and that way when I have that conversation I'll be hey listen, this is what it is.   He was, he was you know causing a rock—I don't know your full story.

A:    Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 17

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:    That's why I'm asking you to explain it to me so that I can help paint the picture when I put the report together.   If not, then I just got to go off of the mere facts that what we have here.   But I've been doin' this for a long time man, a long time.

A:    I mean I'm willing to co—cooperate you know what I'm sayin' I'm just, I'm not—you know I gotta, I gotta a lot of anxiety man.

Q:    I know you do.

A:    I'm not—so…

Q:    I uh, I understand that completely.

A:    That's why I was on the way to get my medication you know.   I'm just, I'm gonna try…

Q:    That's why…

A:    I'm kinda losin' it right now.

Q:    …you weren't payin' attention when you pulled out right?

A:    Yeah I was just you know in a rush and…

Q:    Let me ask you this.   Did somebody give it to you?   Or did you buy it?   I know you didn't steal it.   You're too smart for that.   I could see if somebody loaned it to you.

A:    I mean that, that's the thing is I'm not you know I'm not tryin' to, I'm not tryin' to go to jail man, I'm not tryin' to you know you, you know even if it, if…

Q:    Well right now…

A:    …I'm not tryin' to tell on nobody or you know I'm not tryin' to…

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 18

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:    Well right now let me ask you this.   I'm not asking you to give me names.

A:    Yeah.

Q:    I'm not.   I'm not asking you to give me names.   I'm not asking you to be a snitch, I get it.   I get it.   I'm not asking you to dime nobody out.   I'm trying to get—I'm trying to have you help me understand why things are the way they are.   That's it. I know you didn't break into nobody's house.   I know you didn't break into nobody's car.   I don't you didn't ram nobody.   So therefore you didn't get the gun that way because you're history doesn't suggest that.   Okay, I could see that if you had it, I just think you have it for protection.

A:    No.

Q:    Honestly, that's what I think you had it for.

A:    When normally when I do carry knives or guns it is, it is for my protection.   I mean look at my face you know.

Q:    Right.

A:    I've been through a lot in my life you know.   So, uh...

Q:    I can see that.

A:    You know.

Q:    How long have you had the gun?

A:    Uh couple of weeks or somethin'.

Q:    M'kay.   Did somebody loan it to you or did you, did you buy it?

A:    I got it from some Asian guy.   Alright he...

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 19

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

Q:   Okay.

A:   Like gave him like he owed money for it, it wasn't that much.

Q:   Okay, does it even work?

A:   I'm sure it does.   I've, I've never shot it or nothing.

Q:   Okay.   Do you know if it even has ammunition in it?

A:   Nah.

Q:   Okay.   What, what caliber is it?

A:   22.

Q:   Okay.   What—do you know the make and the model or anything like that?

A:   It's all I know is like Smith and Wesson I think.

Q:   Okay.   Who were you havin' problems with?

A:   I don't go no problems with nobody man.

Q:   Okay.   Do you have…

A:   Well I mean I'm, I'm a drop out South Siders you know.

Q:   Mm-hmm.

A:   Cause I—when I was in jail I had some problems with them.

Q:   Okay.

A:   So I just, you know I just…

Q:   At what age did you…

A:   Just, just have it for protection.

Q:   At, at what age did you have this uh were you with the South Siders?

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 20

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

A:   Well back, back when I did like a year in '09 I did a year in county.

Q:   Mm-hmm.

A:   Um, and I, I mean I was running with 'em you know I'm, I'm not from no gang or nothin', but…

Q:   Right, you had to click up with somebody.

A:   Yeah.

Q:   You're Hispanic right?

A:   It's was my first time doing prison time.

Q:   Yeah you had to pick a side otherwise…

A:   It's was either Piasa or Latin another Piasa you know what I'm sayin'.

Q:   Right you ain't no Piasa.

A:   But you know I'm like I, I'm always done, done me you know what I mean just there for my family, just try…

Q:   You got to look out for you right.

A:   Just—that's you know.

Q:   It's about surviving.

A:   Exactly and you know uh, like I said I'm not, I'm not trying to make a run or trying to cause problems with everybody.

Q:   I know that because if you were I wouldn't even give you the time you know wouldn't even give you the time.  Like I said I've been doing it a long time I know people.  I could read people very well.  I can see apology written all over you.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 21

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

You didn't want to lie to me, but you—it's all about south preservation right.  That's all it is.  It's not stolen right?  You didn't shoot nobody.  You didn't rob nobody. Relax.

A:    Alright.

Q:    Relax everything will work out.  Just relax.  A little bit of dope, a bullshit little 22 right?  Nothin' else I'm gonna find in that thing right?  It'll be fine.

A:    I'm just you know I'm just stressed out man this...

Q:    I hear you.  What kind of meds are you supposed to be takin'?

A:    Uh

Q:    Okay.

A:    But uh, and some for pain you know.

Q:    You got a girlfriend?

A:    Just left her Harbor Islands.

Q:    Is she a good girl?

A:    Yeah.

Q:    She gonna take care of you?

A:    Hopefully (laughs).

Q:    Okay.

A:    I mean you know.

Q:    Okay.  Well let me go talk to my partner.  Let me tell him that you know you ain't, you ain't a bull-shitter okay and we'll, we'll finish doin' what we need to do with the

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 22

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

car.  We're, we're still gonna take your DNA because it's already on the, the search warrant and all that.  Okay?  And then you and I will have another conversation.

A:    'Kay can I at least you know make a call and get, get the car picked up you know so it doesn't get towed.

Q:    Yep, yep we won't tow it.  We won't tow we'll, we'll give your mom we're like—let me tell you this, I'll afford your mom the opportunity to come down here and pick it up.  If she can't because she's the registered owner, she's the only one who can come down here and pick it up.  If for whatever reason she can't then we'll have to tow it.

A:    But…

Q:    But I will call her and give her the opportunity to come down here okay.

A:    Well she did—this is kind of the problem right is she—I actually have her uh flip phone in there.

Q:    Your mother's?

A:    And it only got text on it, yeah.  I have…

Q:    Okay, does your girl know how to get a hold of your mom?

A:    She is, she is at home, yeah when she does.

Q:    Does your girl have a car?

A:    Yeah.

Q:    If I got a hold of your girl could she go get your mom?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 23

EVENT #: 150106-2982
STATEMENT OF:   OMAR QAZI

A:    Yeah.

Q:    Okay, we'll go that route.

A:    Cool.

Q:    Okay.  So right now my partner is gonna go uh have seat you back down in the car.  Let me talk to him, we'll get the car figured out and your mother figured out and then you and I will have another conversation.

A:    Alright.

Q:    Fair enough?

A:    Sounds good.

Q:    You have any questions for me?

A:    No.

Q:    Alright, it'll be fine.

A:    Alright.

Q:    Alright just breathe easy man.

---

**THIS VOLUNTARY STATEMENT WAS COMPLETED AT HARMON AND KOVAL, LAS VEGAS, NEVADA ON THE 6TH DAY OF JANUARY, 2015 AT XXXX HOURS.**

**MK:sd**
**VS134-15**

Voluntary Statement-No Affirmation~ ISD/Word 07