UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00014-APG-VCF |
| vs. | |
| OMAR QAZI, | ORDER |
| Defendant. | |

The Government has filed a Motion to Vacate the Evidentiary Hearing set for July 15, 2016, at 11:00 a.m.. (ECF No. 187)  This Motion to Vacate (ECF No. 187) is set for hearing on July 1, 2016, at 3:00 p.m. in Courtroom 3C.  The U.S. Marshal is directed to transport the defendant to and from the hearing.  No further briefing on the Motion to Vacate (ECF No. 187) is required.

At the conclusion of the hearing the court will determine the scope of the July 15, 2016 hearing.

DATED: 6/24/16

**CAM FERNEBACH**

UNITED STATES MAGISTRATE JUDGE