# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OMAR QAZI,<br><br>　　　　　Defendant. | 2:15-cr-00014-APG-VCF<br><br>**ORDER** |

Before the Court is Objection to Doc. #211 (ECF No. 217).

IT IS HEREBY ORDERED that a hearing on is scheduled for 3:00 p.m., October 25, 2016, in Courtroom 3D.

DATED this 20th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE