# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00014-APG-VCF |
| vs. | **ORDER** |
| OMAR QAZI, | |
| Defendant. | |

Before the Court is Defendant's Motion to Compel the Production of Discovery and for Two Injunction Orders (ECF Nos. 220 and 222).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Compel the Production of Discovery and for Two Injunction Orders (ECF Nos. 220 and 222) is scheduled for 3:00 p.m., October 25, 2016, in Courtroom 3D.

DATED this 24th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE