UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>                  Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER DENYING AS MOOT MOTION TO STRIKE**<br><br>ECF No. 241 |

      The Government moves to strike ECF No. 227, which was docketed as objections to the Magistrate Judge's report and recommendation (ECF No. 158). In a motion for status hearing (ECF No. 249 at 2) and in response to the motion to strike (ECF No. 256), Qazi explains that ECF No. 227 should have been docketed as an exhibit to his motion to review a stricken document. *See* ECF No. 230 at 3 (citing the stricken document as exhibit 1); *see also* ECF No. 174. Consequently, I will deny as moot the Government's motion to strike because Qazi did not intend ECF No. 227 to be a separate request for relief. Qazi's motion to review the stricken document (ECF No. 230) will be addressed by separate order.

      IT IS THEREFORE ORDERED that the Government's motion to strike **(ECF No. 241) is DENIED as moot.**

      Dated: December 15, 2016.

                                                                         ANDREW P. GORDON<br>                                                                       UNITED STATES DISTRICT JUDGE