UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>                Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER DIRECTING CLERK OF COURT TO DETACH AND FILE DEFENDANT QAZI'S REPLY TO GOVERNMENT'S RESPONSE (DOC. #224)** |

    Defendant Omar Qazi asserts that he filed a reply that was never docketed. I will direct the clerk of court to detach and file separately Qazi's Reply to Government's Response (Doc. #224), which can be found at ECF No. 249, pages 14-20. I will consider the document as timely filed.

    IT IS THEREFORE ORDERED that the clerk of court shall detach and file separately defendant Omar Qazi's Reply to Government's Response (Doc. #224), which can be found at ECF No. 249 from pages 14-20.

    Dated: December 16, 2016.

                                                                     ANDREW P. GORDON<br>
                                                                      UNITED STATES DISTRICT JUDGE