# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| OMAR QAZI, | |
| Defendant. | |

Defendant Omar Qazi is representing himself in this case. I previously appointed Lance Hendron as standby counsel for Mr. Qazi. In order to assist Mr. Qazi with his trial preparation, I will approve a paralegal to work with him, to be paid with CJA funds.

IT IS THEREFORE ORDERED that a paralegal will be appointed to work with Mr. Qazi. Mr. Hendron shall select the paralegal, notify Mr. Qazi, and submit the paralegal's name and application through the court's CJA voucher system by December 22, 2016. The paralegal will be paid through CJA funds at $45.00 per hour, not to exceed a total of $2,500.00. Once the paralegal is approved by the court, Mr. Hendron will submit the paralegal's future bills through the CJA system. Mr. Hendron may bill a reasonable amount for this administrative work as it is beyond the typical role of standby counsel role. In addition, I the paralegal or Mr. Hendron may obtain copies of filings or docket entries from PACER using CJA funds. However, those charges are capped at $500.00.

Dated: December 16, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE