# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| OMAR QAZI, | |
| Defendant. | |

Defendant Omar Qazi is representing himself in this case. I hereby order CCA-Pahrump (Nevada Southern Detention Center) to provide Mr. Qasi with a copy of his legal mail log, updated as of December 16, 2016.

Dated: December 16, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE