UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>OMAR QAZI,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION DENYING SECOND MOTION TO SUPPRESS**<br><br>(ECF Nos. 158, 174, 227) |

　　　　Defendant Omar Qazi filed a second motion to suppress. ECF No. 129. Magistrate Judge Ferenbach issued a Report & Recommendation recommending I deny the motion or, in the alternative, allow the government to file a substantive response to Qazi's *Miranda* argument. ECF No. 158. Qazi's lawyer filed an objection and Qazi filed an objection on his own. ECF Nos. 173, 174.[1]  I struck Qazi's objection and accepted most of Judge Ferenbach's Report & Recommendation. ECF No. 184. I later reinstated Qazi's objection and agreed to reconsider. ECF No. 268. The government has filed a response to Qazi's objection. ECF No. 269. I have conducted a *de novo* review of the relevant papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for his recommendations.

　　　　IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(ECF No. 158) is ACCEPTED**, Qazi's Objection **(ECF Nos. 174, 227) is OVERRULED**, and his motion to suppress **(ECF No. 129) is DENIED**.[2]

　　　　Dated: December 30, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Qazi later refiled his objection as ECF No. 227.

[2] To the extent that Qazi's objection refers to *Miranda* issues that were subsequently addressed in Magistrate Judge Ferenbach's August 4, 2016 Report & Recommendation (ECF No. 199), I will address that in a separate order.