UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER REGARDING PRETRIAL DETENTION**<br><br>(ECF Nos. 219, 232, 236) |

　　　　Defendant Omar Qazi filed a motion to re-open his detention hearing based on due process concerns. ECF No. 219. Magistrate Judge Leen issued an order denying that motion. ECF No. 232. Qazi filed an objection to that order. ECF No. 236. I have reviewed the objection, Judge Leen's order, and the related papers. Judge Leen's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

　　　　IT IS HEREBY ORDERED that Magistrate Judge Leen's Order **(ECF No. 232) is affirmed**, and Qazi's Objection **(ECF No. 236) is overruled**.

　　　　Dated: December 30, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE