UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>      Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER**<br><br>(ECF Nos. 251, 267) |

  Defendant Omar Qazi filed an objection (ECF No. 267) to Magistrate Judge Ferenbach's Order (ECF No. 251) addressing several of Qazi's motions. I have reviewed the objection, Judge Ferenbach's order, and the related papers. Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

  IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Order **(ECF No. 251) is affirmed**, and Qazi's Objection **(ECF No. 267) is overruled**.

  Dated: December 30, 2016.

                          _____
                          ANDREW P. GORDON
                          UNITED STATES DISTRICT JUDGE