UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI,<br><br>　　　　　　　　Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER OVERRULING DEFENDANT'S OBJECTION REGARDING STANDBY COUNSEL**<br><br>(ECF No. 260) |

　　　　Defendant Omar Qazi filed an objection to Magistrate Judge Ferenbach's denial of his motion to substitute standby counsel. ECF No. 260. During the December 6, 2016 hearing, I addressed all of Qazi's concerns that were raised in the motion to clarify (ECF No. 211), the motion to substitute standby counsel (ECF No. 217), and Qazi's objection (ECF No. 260). *See* ECF No. 268. For the reasons set forth on the record during that hearing, Qazi's objection **(ECF No. 260) is OVERRULED.**

　　　　Dated: December 30, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE