# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
| Plaintiff, | |
| v. | **ORDER APPOINTING ALEXANDER LOGLIA AS PARALEGAL FOR DEFENDANT OMAR QAZI** |
| OMAR QAZI, | |
| Defendant. | |

IT IS ORDERED that Alexander Loglia is appointed as paralegal for defendant Omar Qazi.

IT IS FURTHER ORDERED that Alexander Loglia be allowed contact visits with defendant Omar Qazi at CCA in Pahrump for purposes of trial preparation.

Dated:  January 3, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE