UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OMAR QAZI,

        Defendant.

Case No. 2:15–cr–14–APG–VCF

**ORDER**

    Before the court is Qazi's motion for transportation (ECF No. 303)  Qazi asserts that he has a state court hearing on March 29, 2017 and requests transport to this hearing (Id.)  It is well-established that district courts have the power to secure the appearance of a state prisoner in federal court.  *Wiggins v. Alameda County*, 717 F.2d 466, 469 n. 1 (9th Cir. 1983).  However, Qazi has cited no authority for a federal district court to order the transport of a federal pretrial detainee to a state court proceeding.  (ECF No. 303)

    ACCORDINGLY, and for good cause shown,

    IT IS HEREBY ORDERED that Qazi's motion for transportation (ECF No. 303) is denied.

    IT IS SO ORDERED.

    DATED this 23rd day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1