**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>OMAR QAZI,<br><br>            Defendant. | 2:15-cr-00014-APG-VCF<br>**ORDER** |

Before the court are defendant's motion to substitute standby counsel (ECF No. 291), defendant's motion for a status conference (ECF No. 297) and defendant's motion for CJA funds (ECF No. 298).

On January 4, 2017, the government filed a notice of appeal (ECF No. 282). The government appeals from Judge Gordon's January 18, 2017 oral rulings (ECF No. 281) suppressing and excluding evidence from the trial of this case. The ruling appealed from granted in part defendant's motion to suppress (ECF No. 192) and affirmed the magistrate judge's report and recommendation (ECF No. 199).

That appeal is currently pending, with appeals court case number: 17-10004 9th Circuit Court of Appeals. Lance Hendron, defendant's standby counsel in this court, is listed as CJA appointed counsel on the 9th Circuit Docket. Any request to replace defendant's counsel on appeal must be addressed to the 9th Circuit Court of Appeals using the above referenced court of appeals case number.

No basis exists on this record to replace Mr. Hendron as standby counsel in this court.

Defendant reports that his court appointed investigator, Craig Retke, mentioned that CJA funds are running low. Mr. Retke may make an appropriate application to the CJA administrator for additional funds, for investigation and for items defendant characterizes as legal necessities, which will be processed in the ordinary course.

Defendant reports that the government has not served him with papers filed in this case. The court will set a deadline by which the government must certify to the court that defendant has received copies of all documents filed by the government in this action and the DNA Case File Judge Gordon ordered produced on January 5, 2017 (ECF No. 288).

Finally, defendant reports that Alexander Loglia, a paralegal, working under direction of standby counsel, assisting defendant with logistics relating to his defense, has quit. The court will set a deadline by which Mr. Hendron must report Mr. Loglia's status.

Accordingly, IT IS HEREBY ORDERED that defendant's motion to substitute standby counsel (ECF No. 291) and defendant's motion for a status conference (ECF No. 297) are DENIED;

IT IS FURTHER ORDERED that defendant's motion for CJA funds (ECF No. 298) is denied without prejudice to the consideration of an appropriate application to the CJA administrator;

IT IS FURTHER ORDERED that on or before April 13, 2017, the government must certify to the court that defendant has received copies of all documents filed by the government in 2017 in this case, together with a complete copy of the government's DNA case file; and

IT IS FURTHER ORDERD that on or before April 13, 2017, Lance Hendron must report to the court on the status of Mr. Logiila with regard to assisting defendant with logistics.

DATED this 29th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE