# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>OMAR QAZI,<br><br>               Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER DENYING DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER REGARDING STANDBY COUNSEL**<br><br>(ECF No. 311) |

Defendant Omar Qazi filed an objection (ECF No. 311) to Magistrate Judge Ferenbach's order (ECF No. 306) denying Qazi's second emergency motion to substitute standby counsel (ECF No. 291). Pursuant to Local Rule IB 3-1, I have reviewed the related papers and find that Magistrate Judge Ferenbach's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Ferenbach's order **(ECF No. 306) is AFFIRMED and Qazi's objection (ECF No. 311) is DENIED.**

Dated: May 22, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE