UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER DENYING DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER REGARDING TRANSPORTATION**<br><br>(ECF Nos. 309, 310) |

Defendant Omar Qazi filed an objection (ECF No. 309) to Magistrate Judge Ferenbach's order (ECF No. 304) denying Quazi's motion for transportation (ECF No. 303). Qazi combined his objection with a purported second demand for transportation. ECF No. 310. Pursuant to Local Rule IB 3-1, I have reviewed the related papers and find that Magistrate Judge Ferenbach's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Ferenbach's order **(ECF No. 304) is AFFIRMED and Qazi's objection and motion (ECF Nos. 309, 310) are DENIED.**

Dated: May 22, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE