# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:15-cr-00014-APG-VCF |
| OMAR QAZI, | **ORDER** |
| Defendant. | |

Before the Court is the Motion to Withdraw as Standby Attorney of Record and Appoint Alternate CJA Counsel (ECF No. 330).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Standby Attorney of Record and Appoint Alternate CJA Counsel (ECF No. 330) is scheduled for 11:00 AM, July 14, 2017, in Courtroom 3D.

Mr. Hendron must forward a copy of this order to Mr. William Gamage. Mr. Gamage may attend the scheduled hearing if he is willing to accept appointment as standby counsel.

The U.S. Marshal is directed to transport Mr. Qazi to and from the hearing.

DATED this 29th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE