LANCE J. HENDON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Standby Attorney for Defendant, *Omar Qazi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OMAR QAZI <br><br> Defendant. | CASE NO. <br> 2:15-cr-00014-APG-VCF |

### STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO WITHDRAW AS STANDBY ATTORNEY OF RECORD AND APPOINT ALTERNATE CJA COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between Steven W. Myhre, Acting United States Attorney, Alexandra M. Michael, Assistant United States Attorney; Lance J. Hendron, Esq., of the law firm LANCE J. HENDRON, ATTORNEY AT LAW, LLC, standby attorney for Defendant, Omar Qazi, that the hearing on Motion to Withdraw as Standby Attorney of Record and Appoint Alternate CJA Counsel in the above-captioned matter set for July 14, 2017 be reset at a date convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Mr. Hendron will be unavailable and out of the jurisdiction on July 14, 2017.

2. This is the First Request for a continuance on Motion to Withdraw as Standby Attorney of Record and Appoint Alternate CJA Counsel.

3. Mr. Hendron has spoken to AUSA Alexandra M. Michael and she has no objection to this continuance.

4. The additional time requested herein is not sought for purposes of delay, rather Mr. Hendron would be unavailable on the date for the motion hearing. Both attorneys have conferred with proposed, expedited dates to reset the hearing to the following week of July 17, 2017. The attorneys suggest resetting the hearing to one of the following days that is convenient to the Court: July 18, 2017; July 19, 2017; and July 21, 2017.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i), (iv). request.

Dated this __30th____ day of June, 2017

STEVEN W. MYHRE
ACTING UNITED STATES ATTORNEY

By ___/s/ Alexandra M. Michael_____
   ALEXANDRA M. MICHAEL
   Assistant United States Attorney
   Attorneys for Plaintiff,
   UNITED STATES OF AMERICA

Dated this __30th___ day of June, 2017

LANCE J. HENDRON,
ATTORNEY AT LAW, LLC

By: /s/ Lance J. Hendron_____
   LANCE J. HENDRON, ESQ.
   Standby Attorney for Defendant, Qazi

///

///

///

///

///

| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | | CASE NO. 2:15-CR-14 |
| | Plaintiff, | 2:15-cr-00014-APG-VCF |
| vs. | | |
| OMAR QAZI | | |
| | Defendant. | |

## **FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

This Stipulation is entered into for the following reasons:

1. Mr. Hendron will be unavailable and out of the jurisdiction on July 14, 2017.

2. This is the First Request for a continuance on Motion to Withdraw as Standby Attorney of Record and Appoint Alternate CJA Counsel.

3. Mr. Hendron has spoken to AUSA Alexandra M. Michael and she has no objection to this continuance.

4. The additional time requested herein is not sought for purposes of delay, rather Mr. Hendron would be unavailable on the date for the motion hearing. Both attorneys have conferred with proposed, expedited dates to reset the hearing to the following week of July 17, 2017. The attorneys suggest resetting the hearing to one of the following days that is convenient to the Court: July 18, 2017; July 19, 2017; and July 21, 2017.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i), (iv). request.

///

## CONCLUSIONS OF LAW

The granting of said continuance comes with good cause, as standby counsel is unavailable for the current motion hearing date. The matter would be expeditiously reset a week thereafter.

## ORDER

**IT IS HEREBY ORDERED** that the hearing in this matter scheduled for July 14, 2017, at the hour of 11:00 a.m., is hereby vacated and continued to the 21st day of July, 2017, at the hour of 10:00A .m., in Courtroom 3D.

**DATED** this 3rd day of July, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

Mr. Hendron must forward a copy of this order to Mr. William Gamage. Mr. Gamage may attend the scheduled hearing if he is willing to accept appointment as standby counsel.

The U.S. Marshal is directed to transport Mr. Qazi to and from the hearing.