UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION IN LIMINE** |
| OMAR QAZI, | (ECF No. 316) |
| Defendant. | |

Defendant Omar Qazi filed a motion in limine to preclude the government from offering into evidence the gun and buccal swab taken at the time of his arrest. ECF No. 316. Qazi argues that there has been a serious break in the chain of custody regarding those items.

Federal Rule of Evidence 901(a) provides that, in order to "satisfy the requirement of authenticating or identifying an item of evidence, the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is." That can be accomplished by testimony of a witness with knowledge. Fed. R. Evid. 901(b)(1). But that does not end the inquiry.

> If the evidence is an object connected with the commission of a crime, the proponent must also establish the chain of custody. . . . The prosecution must introduce sufficient proof so that a reasonable juror could find that the items in the bag are in "substantially the same condition" as when they were seized. . . . The district court may admit the evidence if there is a "reasonable probability the article has not been changed in important respects." . . . Further, in the absence of any evidence of tampering, a presumption exists that public officers "properly discharge[ ] their official duties."

*United States v. Harrington*, 923 F.2d 1371, 1374 (9th Cir. 1991).

Qazi's motion does not demonstrate a significant break in the chain of custody and does not create a reasonable probability that the gun and buccal swab were changed in important respects. Thus, I will deny the motion without prejudice. At trial, the government still must

prove authenticity and a sufficient chain of custody. If it fails to do so, Qazi may move to exclude the evidence at that time.

IT IS THEREFORE ORDERED THAT Qazi's motion in limine **(ECF No. 316) is DENIED WITHOUT PREJUDICE.**

Dated: August 7, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE