Case: 17-10262, 09/06/2017, ID: 10573549, DktEntry: 11, Page 1 of 1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> OMAR QAZI, <br><br> Defendant - Appellant. | No. 17-10262 <br><br> D.C. No. 2:15-cr-00014-APG-VCF-1 <br> U.S. District Court for Nevada, Las Vegas <br><br> **MANDATE** |

The judgment of this Court, entered August 15, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7