# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>OMAR QAZI,<br><br>        Defendant. | 2:15-cr-00014-APG-VCF<br>**ORDER** |

The Court has reviewed the Objection to Report and Recommendation (ECF No. 365) and the Emergency Motion to Stay Magistrate Judge's Order Pending Appeal to the District Court (ECF No. 366).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the portion of the September 19, 2017 Order (ECF No. 363), requiring the Government to provide Qazi a copy of the instructions given to the grand jury regarding *mens rea* and interstate commerce, is STAYED pending the outcome of Qazi's objection to the report and recommendation.

DATED this 27th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE