**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OMAR QAZI,<br><br>　　　　　Defendant. | 2:15-cr-00014-APG-VCF<br>**AMENDED ORDER** |

　　　The Court has reviewed the Emergency Motion to Stay Magistrate Judge's Order Pending Appeal to the District Court (ECF No. 366).

　　　Accordingly, and for good cause shown,

　　　IT IS HEREBY ORDERED that the portion of the September 19, 2017 Order (ECF No. 363), requiring the Government to provide Qazi a copy of the instructions given to the grand jury regarding *mens rea* and interstate commerce, is STAYED pending the outcome of the Government's intended objection to the report and recommendation.

　　　DATED this 27th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE