# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OMAR QAZI,

        Defendant.

Case No. 2:15–cr–00014–APG–VCF

**ORDER**

MOTION FOR ORDER TO SHOW CAUSE (ECF NO. 374)

      Before the Court is Defendant Omar Qazi's Motion for Order to Show Cause. (EC No. 374). For the reasons stated below, Qazi's motion is denied.

      The Court previously ordered the Government to provide Qazi "a Firearms Trace Summary and Firearm Trace Details report." (ECF No. 363 at 7). Qazi alleges that he has only received the Firearms Trace Summary and requests an Order to Show Cause why the Government did not provide the Firearm Trace Details report. (ECF No. 374 at 2). The Government asserts it has provided both reports. (ECF No. 377 at 1-2).

      Attached to another filing made by Qazi is the Firearm Trace Details report (ECF No. 365 at 10-13), proving that the Government has provided the report to Qazi. Qazi appears to be combining and conflating the Firearms Trace Summary and the Firearm Trace Details report. The Firearms Trace Summary is a single-page document (ECF No. 365 at 9) that is separate from the Firearm Trace Details report. As the Government has provided Qazi with the Firearm Trace Details report, there is no basis for the Court to issue an Order to Show Cause.

1

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Qazi's Motion for Order to Show Cause (ECF No. 374) is DENIED.

IT IS SO ORDERED.

DATED this 2nd day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE