# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> OMAR QAZI, <br><br> Defendant. | Case No. 2:15-cr-14-APG-VCF <br><br> **ORDER OVERRULING OBJECTION AND AFFIRMING RESTRAINT ORDER** <br><br> (ECF No. 352) |

On June 21, 2017, Magistrate Judge Ferenbach entered a Restraint Order as to defendant Omar Qazi. ECF No. 345. Mr. Qazi objects to that order. ECF No. 352.

A magistrate judge may make the pretrial determination of whether a prisoner should be restrained. *See* 28 U.S.C. § 636(b)(1)(A); L.R. IB 1-3. I review such a determination under a "clearly erroneous or contrary to law" standard. 28 U.S.C. § 636(b)(1)(A); L.R. IB 3-1.

Under the Ninth Circuit's recent ruling in *United States v. Sanchez-Gomez*, before a defendant may be shackled, "the court must make an individualized decision that a compelling government purpose would be served and that shackles are the least restrictive means for maintaining security and order in the courtroom." 859 F.3d 649, 661 (9th Cir. 2017). Judge Ferenbach made an individualized determination—based on Mr. Qazi's history and behavior in court—that shackling was the least restrictive means to avoid danger to hearing participants and the public. My own experiences with Mr. Qazi confirm this finding, and I do not find it to be clearly erroneous or contrary to law. Therefore, Mr. Qazi's objections are overruled and the restraint order will remain in place for now. I will consider modifying the order (with regard to appearances in my courtroom) in the future depending on Mr. Qazi's behavior moving forward.

IT IS HEREBY ORDERED that the Objection to the Restraint Order **(ECF No. 352) is OVERRULED**, and Magistrate Judge Ferenbach's order **(ECF No. 345) is AFFIRMED**.

Dated: November 3, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE