# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>Defendant. | Case No. 2:15-cr-14-APG-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS INDICTMENT**<br><br>(ECF Nos. 329, 360) |

On September 11, 2017, Magistrate Judge Ferenbach entered his Report and Recommendation recommending that I deny the defendant's motion to dismiss his indictment. ECF No. 360. Mr. Qazi subsequently filed an objection. ECF No. 365.

I have conducted a de novo review of the issues set forth in the Report and Recommendation. Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation **(ECF No. 360) is ACCEPTED**, and the plaintiff's motion **(ECF No. 329) is DENIED**.

Dated: November 3, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE