# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OMAR QAZI,<br><br>    Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER**<br><br>(ECF No. 373) |

  Defendant Omar Qazi filed an objection (ECF No. 373) to Magistrate Judge Ferenbach's Order (ECF No. 362) denying Qazi's motion to reopen his request for an evidentiary hearing. I have reviewed the objection, Judge Ferenbach's order, and the related papers. Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

  IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Order **(ECF No. 362) is affirmed**, and Qazi's Objection **(ECF No. 373) is overruled**.

  Dated: December 5, 2017.

                        _____
                        ANDREW P. GORDON
                        UNITED STATES DISTRICT JUDGE