# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>OMAR QAZI,<br>　　　　　　　　　　Defendant. | Case No. 2:15-cr-14-APG-VCF<br><br>**ORDER OVERRULING OBJECTION AND AFFIRMING MAGISTRATE JUDGE'S ORDER**<br><br>(ECF No. 398) |

Defendant Omar Qazi filed an objection (ECF No. 398) to Magistrate Judge Ferenbach's Order (ECF No. 396) denying Qazi's request for appointment of a new private investigator. I have reviewed the objection, Judge Ferenbach's order, and the related papers. Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). I therefore affirm it. I also note that in his objection Qazi again requested appointment of a new standby counsel. Magistrate Judge Ferenbach denied that request in a hearing on March 13, 2018. ECF No. 406. There is nothing else in the objection for me to consider.

IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Order **(ECF No. 396) is affirmed**, and Qazi's Objection **(ECF No. 398) is overruled**.

Dated: March 15, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE