# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING BRIEFING ON DEFENDANT'S RECORDED CALLS** |
| OMAR QAZI, | |
| Defendant. | |

During the June 14, 2018 status conference, defendant Omar Qazi asked me to order that his phone calls with his paralegal, investigator, and experts not be recorded by the authorities at the Nevada Southern Detention Center (NSDC). Mr. Qazi contends that, because he is representing himself, his calls should be deemed shielded by the attorney/client privilege. It is unclear whether that privilege, or any other, applies to this situation. Rather than rule on the request without the benefit of briefing, I will order the parties to brief this issue. I also invite CoreCivic or another representative of NSDC to submit a brief if they wish to be heard on this. I have notified Detention Management Inspector Steven Carpenter about this issue, and he will forward it to CoreCivic and the appropriate NSDC representative.

IT IS THEREFORE ORDERED that, **by June 30, 2018**, the parties and CoreCivic/NSDC may file briefs on Mr. Qazi's request to have his communications with his paralegal, investigator, and expert not recorded.

Dated: June 21, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE