```
1  Omar Qazi
2  N.S.D.C.
3  2190 E. Mesquite Ave.
4  Pahrump, Nevada
```



FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUN 28 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 2:15-cr-00014-APG-VCF |
| | **NOTICE REGARDING THE DOCKET** |
| v. | |
| Omar Qazi | |
| Accused. | |

CERTIFICATION: This Notice is being filed timely.

COMES NOW, *Omar Qazi*, Sui Juris and by Special Appearance, filing this Notice Regarding the Docket. For the reasons outlined in the attached Memorandum of Points and Authorities, I request that this Court enter an order directing the clerk of the court to correct the errors contained on the docket.

**MEMORANDUM OF POINTS AND AUTHORITIES**

At the recent status conference, I was advised by the court to file a motion regarding the errors on the docket. See Minutes of Proceedings (Dkt.# 441). The following errors should be corrected for proper reference to the docket, and for an efficient record.

It appears that there is a clerical error regarding Dkt.# 61. The docket reflects that this document is an addendum to Dkt.# 49, but rather it was an addendum to Dkt.# 54. In regards to Dkt.# 227. This document is actually an exhibit to Dkt.# 230. This was explained in the Court's Order. See Dkt.# 261. It was also brought to my attention from Sally McDaniel (paralegal) that she was unable to electronically access or retrieve Dkt.# 395 from the docket.

There are also several areas where the docket skips the document number, and then goes back into numerical order, but the most dramatic jumps can be found where the docket shows Dkt.# 236, and goes to Dkt.# 260; and also where the docket shows Dkt.# 250 and goes to Dkt.# 260.

Lastly, the following documents do not appear on the docket and can not be accessed: 4, 9, 286, 296, 345, 358, 411, and 433. The accused has the right to know what these documents are and what they contain. And, if these documents are sealed, the accused requests them to be unsealed.

**CONCLUSION**

For the reasons mentioned above, I request that the Court enter an order directing the clerk of the court to correct the errors contained on the docket. I declare under penalty of perjury under the law of the state of Nevada that the foregoing is true and correct, and that this document is executed without the benefit of a notary pursuant to NRS 208.165, as I am a prisoner confined in a private prison within this state of Nevada.

Executed on June 25, 2018.

Respectfully submitted,

All Rights Reserved and Without Prejudice,

*Omar Qazi*

Signed: _____

## CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2018, I mailed my Notice Regarding the Docket, to the following:

Clerk of the Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. South, Rm. 1334
Las Vegas, Nevada

---

                   *Omar Qazi*
                   N.S.D.C.
                2190 E. Mesquite Ave.
                  Pahrump, Nevada