UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYNG REQUEST TO STOP RECORDING DEFENDANT'S CALLS** |
| OMAR QAZI, | |
| Defendant. | |

During the June 14, 2018 status conference, defendant Omar Qazi asked me to order that his phone calls with his paralegal, investigator, and experts not be recorded by the authorities at the Nevada Southern Detention Center. In response to my June 21, 2018 order, CoreCivic/Nevada Southern Detention Center (NSDC) filed a brief urging me to deny Qazi's request. ECF No. 449.

Because Mr. Qazi is representing himself, the attorney-client privilege does not apply to his calls. *Naham v Haljean*, 200 WL 3025574 (N.D. Ill. 2010) (Pro se "Plaintiff is one person, and cannot by himself establish the existence of an attorney-client relationship.").

To the extent that Qazi argues that the attorney work-product doctrine or some other privilege may apply, Qazi has not demonstrated why his need to have his conversations not recorded outweighs NSDC's security and safety concerns. NSDC's brief discusses the practical difficulties and security concerns that would arise if Qazi's calls were not recorded. ECF No. 449 at 4-5. And Qazi can avoid having his conversations recorded by having in-person meetings with his paralegal and investigator. That would protect any mental impressions or theories he has.

IT IS THEREFORE ORDERED that Mr. Qazi's request to have his communications not recorded is denied.

Dated: July 6, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE