UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>OMAR QAZI,<br><br>　　　　　　　　Defendant. | Case No. 2:15-cr-14-APG-VCF<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER, ACCEPTING REPORT AND RECOMMENDATION, AND DENYING MOTIONS TO DISMISS**<br><br>(ECF Nos. 420, 421, 424, 431, 435, 440) |

　　　　On June 14, 2018, Magistrate Judge Ferenbach entered his Order and Report and Recommendation (ECF No. 440) recommending that I deny Mr. Qazi's three motions to dismiss (ECF Nos. 420, 421, 424), and denying Mr. Qazi's motion for an order to show cause (ECF No. 431) and his request to change his stand-by counsel (ECF No. 435). Mr. Qazi filed an objection (ECF No. 445) and the Government filed a response (ECF No. 461).

　　　　I have conducted a de novo review of the issues set forth in the Order and Report and Recommendation. The Order is not clearly erroneous or contrary to law. And the Report and Recommendation sets forth the proper legal analysis and factual basis for the decisions. I affirm Magistrate Judge Ferenbach's Order and I accept and adopt his Report and Recommendation.

　　　　IT IS HEREBY ORDERED that the Order and Report and Recommendation **(ECF No. 440) is ACCEPTED and AFFIRMED**, Mr. Qazi's objections are overruled, and Mr. Qazi's motions **(ECF Nos. 420, 421, 424, 431, 435) are DENIED**.

　　　　Dated: July 10, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE