DAYLE ELIESON
United States Attorney
ALEXANDRA MICHAEL
PATRICK BURNS
Nevada Bar No. 11779
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702)  388-6336/Fax: (702) 388- 6020
Alexandra.m.michael@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR QAZI,<br><br>Defendant. | Case No.: 2:15-cr-00014-APG-VCF<br><br>**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT QAZI'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [ECF No. 448]** |

The United State of America, by and through DAYLE ELIESON, United States Attorney, and ALEXANDRA MICHAEL and PATRICK BURNS, Assistant United States Attorneys, hereby respectfully submits this Government's Response in Opposition to Defendant Qazi's Motion to Dismiss for Lack of Subject Matter Jurisdiction  [ECF No. 448].

**POINTS AND AUTHORITIES**

**I.     Relevant Procedural Background**

Defendant Omar Qazi (Qazi) is charged in a single count indictment with being a felon in possession of a firearm on January 6, 2015. His DNA was recovered from the

firearm and he gave a recorded statement confessing his guilt. Qazi is currently scheduled to be tried on the one-count indictment in this case beginning on July 30, 2018. On June 28, 2018, Qazi filed this motion styled, "Motion to Dismiss for Lack of Subject Matter Jurisdiction." ECF No. 448. The Government's response in opposition follows.

## II.   Argument

### A. Qazi's Motion is Untimely and Duplicative

Qazi's Motions deadline, including Motions to Dismiss, was October 25, 2016.[1] Qazi has not provided any reason let alone good cause for filing his Motion nearly twenty (20) months after the deadline.  Trial is currently set to commence on July 30, 2018 and therefore any Motions filed at this point, especially Motions that have been previously considered and ruled on by this Court, should be denied outright as untimely and as an attempt to delay trial.

### B. Qazi's Motion Has Already Been Litigated, Including to the Ninth Circuit, and Should be Denied.

Qazi's Motion is titled Motion to Dismiss for Lack of Subject Matter Jurisdiction but its content and relief sought relates to his pretrial detention.  At this point, Qazi has litigated his pretrial detention extensively. The Ninth Circuit affirmed this Court's order of detention on February 12, 2018. *United States v. Qazi*, No. 17-10478, 2018 WL 841667 (9th Cir. 2018).[2]  Magistrate Judge Leen's underlying order, ECF No. 325, addressed Qazi's argument, which he makes again in the instant Motion, regarding the Bail Reform Act of 1984.[3]  In the order, Magistrate Judge Leen found that his argument had been

---

[1] ECF No. 213.
[2] Qazi filed a Petition for Certiorari on July 6, 2018.
[3] ECF No. 325 at 15-16.

addressed and rejected by the only courts of appeal which have considered the issue.[4] As such, the Court should deny this Motion.

## II. Conclusion

WHEREFORE, after consideration of the included facts, points, authorities, exhibits, and arguments, the United States respectfully requests that this Court DENY Qazi's Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF No. 448].

DATED this 12th day of July, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

//s//

ALEXANDRA MICHAEL
PATRICK BURNS
Assistant United States Attorneys

---

[4] *Id.*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT QAZI'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [ECF No. 448]** was sent to Defendant Qazi via United States mail addressed to:

> Mr. Omar Qazi #49760048
> NSDC 2190 East Mesquite Avenue
> Pahrump, Nevada, 89060

and on stand-by counsel Telia Williams, Esq., via electronic service by ECF, on July 12, 2018.

**DATED** this 12th day of July, 2018.

/ s / Alexandra Michael
_____
ALEXANDRA MICHAEL
Assistant United States Attorney