UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR QAZI,<br><br>　　　　　　　Defendant. | Case No. 2:15-cr-00014-APG-VCF<br><br>**ORDER DENYING MOTION TO RENEW THE MOTION TO RE-OPEN THE REQUEST FOR AN EVIDENTIARY HEARING**<br><br>(ECF No. 444) |

　　Defendant Omar Qazi has filed a motion to renew his earlier motion to re-open his request for an evidentiary hearing on his second motion to suppress. ECF No. 444. Qazi's earlier motion to re-open was denied because my ruling on his second motion to suppress was on appeal to the Ninth Circuit. *See* ECF No. 362. That appeal has been resolved so the procedural posture of the case no longer prevents consideration of Qazi's motion. I have reviewed the original motion and all related papers, including the Internal Affairs Bureau letter Qazi relies on. I see no basis to re-open the evidentiary hearing on his second motion to suppress.

　　IT IS THEREFORE ORDERED that Qazi's motion **(ECF No. 444) is denied**.

　　Dated: July 17, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE