**EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA**

**CASE CAPTION: UNITED STATES OF AMERICA v. OMAR QAZI**

**CASE NO: 2:15-cr-00014-APG-VCF**

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit (electronic file name for JERS) | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
| 7/31/2018 | 7/31/2018 | 1 | Glover | 1_Overhead View Koval Harmon.jpg | | | |
| 7/31/2018 | 7/31/2018 | 2 | Glover | 2_Bodycamera Still Saturn Pulled Over | | | |
| 7/31/18 | 7/31/18 | 3 | Glover | 3_Qazi Body Camera Footage.mp4 | | | |
| 7/31/18 | 7/31/18 | 4 | Bien | 4_Saturn 916-ARL Rear View.jpg | | | |
| | | 5 | Bien | 5_Saturn 916-ARL Rear License Plate.jpg | | | |
| | | 6 | Bien | 6_Saturn 916-ARL Front View.jpg | | | |
| | | 7 | Bien | 7_Saturn 916-ARL Front Right Side.jpg | | | |
| | | 8 | Bien | 8_Saturn 916-ARL Rear Right Side.jpg | | | |
| | | 9 | Bien | 9_Saturn 916-ARL Right Front Passenger Door Open.jpg | | | |
| | | 10 | Bien | 10_Saturn 916-ARL Interior Front Compartment.jpg | | | |
| 7/31/18 | 7/31/18 | 11 | Glover | 11_Saturn 916-ARL Center Console.jpg | | | |
| 7/31/18 | 7/31/18 | 12 | Glover | 12_Saturn 916-ARL Center Console Compartment with Revolver Visible.jpg | | | |
| 7/31/18 | 7/31/18 | 13 | Bien | 13_Smith & Wesson Revolver M37231 Left Side View on Envelope.jpg | | | |

**EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA**

**CASE CAPTION:** UNITED STATES OF AMERICA v. OMAR QAZI

**CASE NO:** 2:15-cr-00014-APG-VCF

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit (electronic file name for JERS) | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
| 7/31/18 | 7/31/18 | 14 | Bien | 14_Smith & Wesson Revolver M37231 Closeup of S&W Trademark.jpg | | | |
| | | 15 | Bien | 15_Smith & Wesson Revolver M37231 Serial Number View #1.jpg | | | |
| | | 16 | Bien | 16_Smith & Wesson Revolver M37231 Serial Number View #2.jpg | | | |
| | | 17 | Bien | 17_Smith & Wesson Revolver M37231 Cylinder Open with Cartridges Partially Ejecting.jpg | | | |
| | | 18 | Bien | 18_Saturn 916-ARL Center Console Area After Search.jpg | | | |
| | | 19 | Bien | 19_Saturn 916-ARL Exterior View of Rear Passenger Compartment.jpg | | | |
| | | 20 | Bien | 20_Saturn 916-ARL Interior View of Rear Passenger Compartment.jpg | | | |
| | | 21 | Bien | 21_Saturn 916-ARL Items on Back Seat View #1.jpg | | | |
| | | 22 | Bien | 22_Saturn 916-ARL Items on Back Seat View #2.jpg | | | |
| 7/31/18 | 7/31/18 | 23 | Bien | 23_Letter Addressed to Omar Qazi View #1.jpg | | | |

**EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA**

**CASE CAPTION: UNITED STATES OF AMERICA v. OMAR QAZI**

**CASE NO: 2:15-cr-00014-APG-VCF**

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit (electronic file name for JERS) | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
| 7/31/18 | 7/31/18 | 24 | Bien | 24_Letter Addressed to Omar Qazi View #2.jpg | | | |
| 7/31/18 | 7/31/18 | 25 | Bien | 25_Saturn 916-ARL Open Rear Trunk with Speaker.jpg | | | |
| | | 26 | Bien | 26_Saturn 916-ARL Exterior View Search Warrant Return.jpg | | | |
| 7/31/18 | 7/31/18 | 27 | Bien | 27_Closeup -Search Warrant Return in Saturn.jpg | | | |
| 7/31/18 | 7/31/18 | 28 | Rotta | 28_Qazi Interview 01_06_15.mp3 | | | |
| 7/31/18 | 7/31/18 | 29 | Gonzalez | 29_CSN39918453_ID00001993576_PH17027227 770_010615_.mp3 | | | |
| 7/31/18 | 7/31/18 | 30 | Gonzalez | 30_CSN39921595_ID00001993576_PH17027227 770_010615_.mp3 | | | |
| 7/31/18 | 7/31/18 | 31 | Dannenberger | 31_Smith & Wesson Revolver M37231 Left Side During DNA Examination.JPG | | | |
| 7/31/18 | 7/31/18 | 32 | Dannenberger | 32_Smith & Wesson Revolver M37231 Right Side During DNA Examination.JPG | | | |
| 7/31/18 | 7/31/18 | 33 | Dannenberger | 33_Smith & Wesson Revolver M37231 Bottom of Handle During DNA Examination.JPG | | | |
| 7/31/18 | 7/31/18 | 34 | Dannenberger | 34_DNA Examination - Photos of Swabbed Areas on Smith & Wesson Revolver.jpg | | | |

**EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA**

**CASE CAPTION: UNITED STATES OF AMERICA v. OMAR QAZI**

**CASE NO: 2:15-cr-00014-APG-VCF**

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit (electronic file name for JERS) | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
| 7/31/18 | 7/31/18 | 35 | Dannenberger | 35_DNA_Allele_Table.pdf | | | |
| | | 36 | | 36_DNA Examination GeneMapper Data.pdf | | | |
| 7/31/18 | 7/31/18 | 37 | | 37_Stipulation re Qazi Felon Status.pdf | | | |
| | | 38 | | 38_Temporary Evidence-Property Control Log.pdf | | | |
| | | 39 | | 39_Chain of Custody Report for Smith & Wesson Revolver with Note History Report.pdf | | | |
| | | 40 | | 40_Chain of Custody Report for Omar Qazi Buccal Swab Kit with Note History Report.pdf | | | |
| 7/31/18 | 7/31/18 | 41 | Bien | Evidence Package Containing Smith & Wesson .22 Revolver Serial #: M37231 Impounded Under Event #: 150106-2982 (Physical Exhibit) | | | |
| 7/31/18 | 7/31/18 | 42 | Bien | Evidence Package Containing Buccal Swab Standard Taken from Omar Qazi and Impounded Under Event #: 150106-2982 (Physical Exhibit) | | | |
| 7/31/18 | 7/31/18 | 43 | Bien | 43_Smith & Wesson Revolver M37231 Close-Up Smith & Wesson Manufacturer Marks | | | |
| | | 44 | | 44_Smith & Wesson Acquisition Page for Revolver M37231 | | | |

**EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA**

**CASE CAPTION: UNITED STATES OF AMERICA v. OMAR QAZI**

**CASE NO: 2:15-cr-00014-APG-VCF**

| Date Marked | Date Admitted | Exhibit No. | Witness | Description of Exhibit (electronic file name for JERS) | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
| | | 45 | | 45_Smith & Wesson Disposition Page for Revolver M37231 | | | |
| 7/31/18 | 7/31/18 | 46 | Bien | physical evidence | | | |
| | | 47 | | | | | |
| | | 48 | | | | | |
| | | 49 | | | | | |
| | | 50 | | | | | |

Case 2:15-cr-00014-APG-VCF Document 510-1 Filed 07/27/18 Page 6 of 6

**EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA**

**CASE CAPTION: UNITED STATES OF AMERICA v. OMAR QAZI**

**CASE NO: 2:15-cr-00014-APG-VCF**

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit (electronic file name for JERS) | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |