# EXHIBIT LIST

Case No. __2:15-cr-00014-APG-VCF__
Page ____

__UNITED STATES__    VS. __OMAR QAZI__

Exhibits on behalf of _____

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 7/31/18 | 7/31/18 | 501 | Bien | Arrest report Bates Stamp 1-24 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY