UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>OMAR QAZI,<br><br>    Defendant | Case No.: 2:15-cr-00014-APG-VCF |

**VERDICT**

We, the jury in the above entitled case, upon our oaths, do say:

That we find the defendant, **OMAR QAZI**, _____ (**Guilty**/Not Guilty) of the offense, felon in possession of a firearm, as charged in the Indictment.

Dated: 1 August, 2018

_____
Jury Foreperson

___ FILED         ___ RECEIVED
___ ENTERED      ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

AUG - 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY