1  Omar Qazi
2  N.S.D.C.
3  2190 E. Mesquite Ave.
4  Pahrump, Nevada
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                         DISTRICT OF NEVADA
12                                 ***
13  UNITED STATES OF AMERICA
14              Plaintiff,              Case No. 2:15-cr-00014-APG-VCF
15                                              **NOTICE OF APPEAL**
16              v.
17  Omar Qazi
18              Defendant.
19
20  <u>Certification</u>: This Notice is being filed timely.
21          Comes Now, *Omar Qazi*, appearing *in propria persona*, hereby filing this Notice of Appeal to
22  the United States Court of Appeals for the Ninth Circuit from the Jury Trial in District Court that
23  commenced on July 30, 2018 and resulted in a Jury Verdict on August 01, 2018 (Dkt.# 523).
24  Executed on August 07, 2018.
25                                       Respectfully submitted,
26                                       All Rights Reserved and Without Prejudice,
27                                       *Omar Qazi*
28                              Signed: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on August 07, 2018, I mailed my Notice of Appeal, to the following:

Clerk of the Court

Lloyd D. George U.S. Courthouse

333 Las Vegas Blvd. South, Rm. 1334

Las Vegas, Nevada

*Omar Qazi*

N.S.D.C.

2190 E. Mesquite Ave.

Pahrump, Nevada

Omar Qazi
N.S.D.C.
2190 E. Mesquite Ave,
Pahrump, Nevada

C/o: Clerk of the Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So. - Rm. 1334
Las Vegas, Nevada [89101]

Correspondence originated from a detention facility. The facility is not responsible for the contents herein

US POSTAGE $00.47⁹ First-Class
Mailed From 89060
08/08/2018
032A 0061838671