# Exhibit 3

1          MR. QAZI:  Yes, please.

2          THE COURT:  All right.  Your first witness

3 will be?

4          MR. QAZI:  Gloria Ogarti [ph] Qazi, my

5 mother.

6          THE COURT:  All right.  Miss Qazi.

7          MR. QAZI:  Owner of the vehicle.

8          THE COURT:  Ma'am, if you can come take the

9 stand.  What I need you to do is to remain standing.

10 Raise your right hand.  Face the clerk to be sworn.

11 Whereupon,

12                    GLORIA QAZI,

13 was called as a witness, and having been first duly

14 sworn, was examined and testified as follows:

15          THE CLERK:  Please have a seat.  State and

16 spell your first and last name for the record.

17          THE WITNESS:  Yes.  My name is Gloria.  Same

18 last name, Q-A-Z-I.

19          THE COURT:  Ma'am, you may have a seat.  If

20 you want to move closer to the microphone.  All right.

21          State -- I'm sorry.  Defense, you may

22 proceed.  All right.  You may proceed.

23                    DIRECT EXAMINATION

24 BY MR. QAZI:

25     Q.   So your name is Gloria Qazi, right?

72

1    A.   Yes.

2    Q.   Okay.  Are you the owner of the gold Saturn

3 vehicle?

4    A.   Yes.

5         MR. COOPER:  Objection, Your Honor.  I just

6 want to clarify what Saturn vehicle we're talking

7 about.

8         THE COURT:  Are we talking about the one that

9 was searched that day?

10        MR. QAZI:  Yes.

11        THE COURT:  Can we stipulate to that?

12        MR. COOPER:  That's fine, as long as he's

13 clear.

14        THE COURT:  It's the gold Saturn that was

15 searched the day that you were driving?

16        MR. QAZI:  Uh-huh.

17        THE COURT:  All right.

18 BY MR. QAZI:

19   Q.   Was I allowed to drive that car that day?

20   A.   Yes.

21   Q.   Was the vehicle intact prior to lending me

22 the vehicle?

23   A.   Yes.

24   Q.   Did officers call you to pick up the vehicle

25 after the search?

73

1      A.    No.

2      Q.    No.  Okay.  And who picked up the vehicle

3  from the scene?

4      A.    Crystal.

5      Q.    Crystal.  Okay.

6            THE COURT:  Can you give a background on who

7  Crystal is.  Sister?  Aunt?  Girlfriend?

8            MR. QAZI:  It's girlfriend.  My girlfriend.

9            THE WITNESS:  His girlfriend.

10            MR. QAZI:  It's in the arrest report.

11  BY MR. QAZI:

12      Q.    Okay.  And upon receiving the vehicle, did

13  you notice anything different with the interior of the

14  vehicle?

15      A.    Well, everything was spread out, you know.

16  And the door -- even the door was like -- I used to be

17  able to close it, you know, regular.  Now I had to like

18  pull it up and push it.  It's like the person behind

19  me, the passenger, cannot open.  If they open the door,

20  I cannot get out.  And before it just -- we used to

21  open both doors easily.  Now, it's that.  I noticed.

22  But, you know, it doesn't matter to me, you know.  It's

23  just a car.  But that happened.  And right now I just

24  went to move my car --

25            THE COURT:  Okay.  Let me stop you there.

                                                          74

1  Just answer the question without adding too much to it.

2          You may proceed.

3  BY MR. QAZI:

4      Q.   Okay.  Was the -- were the consoles at all

5  looked to be normal, like the middle console or by the

6  radio area or anything?

7      A.   No.  Everything was just like in the floor.

8          THE COURT:  Okay.  I need you to describe,

9  because she's writing these things down.  When you do

10 this, I understand that means that they're thrown all

11 over the place.  But you need to be able to say that,

12 because she's writing that down.  That's the record.

13         Without making gestures, tell us what you

14 saw.

15         THE WITNESS:  Yes.  The trays from the -- I

16 never was able to move those trays, and they were on

17 the floor.  And the -- I don't know what it's called.

18 The sides of the console were also out of place.  And

19 the metal thing something is missing.  I never pay too

20 much attention, because I don't play music, nothing

21 like that.  I don't know where it went.

22         THE COURT:  The metal thing?  Do you mean the

23 radio?

24         THE WITNESS:  Yes.  I don't know.  The DVD.

25 Something.  I don't know the names of those, because I

75

1  don't --

2          THE COURT:   Something was moved from the

3  radio?

4          THE WITNESS:  Yes.  Something.

5          THE COURT:   That was the front face plate, if

6  you will, or the cover, or?  I'm asking you.  I'm not

7  trying to --

8          THE WITNESS:  It's just like it was from the

9  radio or something like that.  It was missing from

10  there.

11          THE COURT:  The entire radio?

12          THE WITNESS:  Yeah.  They left the whole spot

13  open.

14          THE COURT:   So they actually removed the

15  radio?

16          THE WITNESS:  Yeah.  I guess so, because I

17  don't see it.  I find something else, another black

18  part, but that doesn't belong to my car.

19          THE COURT:  So there's a whole missing radio?

20          THE WITNESS:  Yeah.

21          THE COURT:  Did you ever find that radio?

22          THE WITNESS:  I seen some other part that

23  doesn't belong to my car.

24          THE COURT:  Did you ever find the radio?

25          THE WITNESS:  No.

000188

1           THE COURT:  So there's a whole, big,

2  rectangular, empty space?

3           THE WITNESS:  It's empty space.  And then

4  there's something that I don't know what it is, is

5  there, but it doesn't belong to my car.

6           THE COURT:  Okay.

7           THE WITNESS:  This black part.

8           THE COURT:  I'm sorry.  You may go ahead.

9  BY MR. QAZI:

10     Q.   What was this kind of black box?  Are you

11  talking about a certain console that was removed that

12  somehow --

13           MR. COOPER:  Objection, Your Honor.  He's

14  leading.

15  BY MR. QAZI:

16     Q.   -- doesn't look to be in the right place?

17           MR. COOPER:  Leading.

18           THE COURT:  I'm going to allow a little

19  leeway on this one.  Go ahead.  Reask the question

20  again.

21  BY MR. QAZI:

22     Q.   Was it like a part of a console of the

23  vehicle, the interior that was removed from not a

24  normal place?

25           MR. COOPER:  I mean, Your Honor.

77

1          THE COURT:  I'm not sure I understand the

2 question.

3          MR. QAZI:  Well, she's saying that she seen

4 like a black box, or.

5          THE COURT:  That was not part of the vehicle?

6          MR. QAZI:  Exactly.

7          THE COURT:  Do you know where that came from?

8          THE WITNESS:  No.

9          THE COURT:  Okay.  Sustain the objection,

10 then.  The objection was leading, because you were

11 trying to tell her the answer to say.

12 BY MR. QAZI:

13     Q.   And you said there was trays on the floor.

14 Could you describe the trays?

15     A.   The tray I had never moved, because they were

16 hard to move, they were also on the floor.  And let me

17 see.  What else?  Oh, I just been noticing a lot that

18 my car is always -- not always -- sometimes I find it

19 open and I know that I had locked it.

20          First I used to --

21          MR. COOPER:  Objection, Your Honor.

22          THE WITNESS:  I used to --

23          THE COURT:  Let me stop you there.

24          MR. COOPER:  This is nonresponsive.

25          THE COURT:  This is a little beyond what

78

1  we're talking about here.  I think we're talking about

2  the vehicle after it was recovered, what she noticed.

3          THE WITNESS:  Okay.

4          THE COURT:  All right.

5  BY MR. QAZI:

6      Q.   Okay.  Have you lent the car to anyone else?

7      A.   Yeah.  Off and on.

8          THE COURT:  Let's get a time frame.  Prior to

9  this date?

10         MR. QAZI:  Within that week of --

11         THE COURT:  January 6.

12         MR. QAZI:  -- January 6, 2015.

13         THE WITNESS:  Yes.  I had lent it to -- just

14  to people that wants to borrow it, you know, like some

15  neighbors or some of your friends.  But I don't know --

16  I don't know their names.

17  BY MR. QAZI:

18     Q.   Okay.  Was there any warrants left in the

19  vehicle?

20         THE COURT:  Warrants?

21  BY MR. QAZI:

22     Q.   Any paperwork left by officers?

23     A.   There were like three pages, pink pages, and

24  I mailed them to you.

25         MR. QAZI:  Okay.  That's all for now.

                                                        79

1          THE COURT:  All right.  No further questions.

2          State.

3

4                    CROSS-EXAMINATION

5  BY MR. COOPER:

6     Q.   All right.  I'm sorry, ma'am.  What was your

7  first name, again?

8     A.   Gloria.

9     Q.   Gloria.  Is it okay if I call you Gloria?

10    A.   Yes.

11    Q.   Thank you.  So you obviously -- the defendant

12  is your son?

13    A.   He's my son.

14    Q.   And you obviously love your son?

15    A.   (Witness nods head.)

16         THE COURT:  Hold on.  Ma'am, I need you to

17  answer yes or no.  Don't make the gestures.  Yes or no.

18         THE WITNESS:  Yes.  Sorry.

19  BY MR. COOPER:

20    Q.   And you obviously don't want to see your son

21  get in trouble or anything like that, right?

22    A.   Right.

23    Q.   Okay.  So let's go back to January of 2015.

24         In January of 2015, I think you said that you

25  were just loaning your vehicle to people?

80

1    A.    Yeah.   They just asked me, can I go to the --

2  it was some people I knew.   Can I go to the doctor or

3  to the hospital, and I cannot say no.

4    Q.    And --

5    A.    Or just like when I give a ride, you know.

6    Q.    So you were just -- did you know these

7  people?

8    A.    Acquainted.   I'm acquainted to them.

9    Q.    So you would just loan your vehicle to

10  anyone?

11    A.    They are people that I have seen most of the

12  time, yes.

13    Q.    How many vehicles did you have?

14    A.    I had only one.   I used to have two, but I

15  have only one.

16    Q.    So in January 2015, you only had one vehicle?

17    A.    Yes.

18    Q.    And do you work?

19    A.    Yes.

20    Q.    Where do you work at?

21    A.    I work in a time-share.

22    Q.    And what are your usual hours that you go to

23  and from work?

24    A.    From 11:00 to 7:30.

25    Q.    So 11:00 to 7:30 p.m.?

000193

1    A.   Yes.

2        Q.   And do you work Monday through Friday or do

3   you work on weekends?

4            MR. QAZI:   I object.   Relevance.

5            THE COURT:   Yes.   Counsel.

6            MR. COOPER:   I'm laying a foundation.

7            THE COURT:   Focus on January 6th.

8            MR. COOPER:   I'm talking about specifically

9   this whole January time period when she's talking about

10  lending her vehicle to people.   I just want to know

11  what her work schedule is, to determine how she was

12  going to and from work if she was lending her vehicle

13  to people.

14           THE COURT:   All right.   You get a little

15  leeway on this.

16  BY MR. COOPER:

17       Q.   So you can answer that.   When do you usually

18  work?  Monday through Friday?  Saturday or Sunday?

19       A.   It varies, but usually -- let's see.   I

20  have -- it had been changed, because sometimes I asked

21  them to take time off, so I don't remember my schedule.

22       Q.   Now, January of 2015, were you working

23  40 hours a week, or how many hours a week were you

24  working?

25       A.   I think 40.

1       Q.    Okay.  And you obviously had to go to and
2  from work from your house?

3       A.    I work very close.  I can walk.

4       Q.    You walk to your work?

5       A.    I can walk.

6       Q.    So who were these people you were loaning the
7  vehicle to?

8       A.    I had lent it to neighbors.

9             MR. QAZI:  I object, Your Honor.

10            THE COURT:  As to?

11            MR. QAZI:  As to the relevancy on who she
12  lend it to.

13            MR. COOPER:  It goes directly to his defense,
14  Your Honor.

15            THE COURT:  The problem is you did ask her --
16  you did ask her if she lent it out to various people,
17  which is somewhat of a defense, so they are entitled to
18  at least question those people -- I mean, question the
19  people that it was given to.

20            Do you see what I'm saying?

21            MR. QAZI:  Well, I'm not asking exactly who
22  was lent the car, you know.

23            MR. COOPER:  Obviously, he doesn't get to --

24            THE COURT:  No.  Go ahead.

25            MR. QAZI:  That's fine.  Go ahead.

1 BY MR. COOPER:

2     Q.   So you said neighbors.  So let's focus on the

3 neighbors first.

4          We're talking about, let's say, from

5 January 1st until January 6th, we're talking about that

6 five-day time period.

7          Are you with me?

8     A.   Uh-huh.

9          THE COURT:  That's a "yes"?

10          THE WITNESS:  Yes.

11 BY MR. COOPER:

12     Q.   In that time period, did you loan your

13 vehicle to any neighbors?

14     A.   From that time period, yes.  The neighbors,

15 no.  I remember giving the key -- I have a problem with

16 the car, so I give the key to one of my neighbors.

17     Q.   So let's stop there.  What was that

18 neighbor's name?

19     A.   Her name is Sherry.  She was going to give it

20 to somebody else to fix my car, but I don't know.  They

21 took too long to fix it.

22     Q.   You said her name is Sherry?

23     A.   Yes.

24     Q.   And what's Sherry's last name?

25     A.   I don't know.

000196

1     Q.    Okay.  Does she live in your apartment
2 complex?

3     A.    No.  She went to Washington.

4     Q.    She moved to Washington?

5     A.    Yes.

6     Q.    Did she used to live in your apartment
7 complex?

8     A.    She used to.

9     Q.    And was it in the same building?  Where was
10 her -- how did you know Sherry in your apartment
11 complex?

12    A.    Because she was my neighbor.

13    Q.    Was it your apartment was here.  Her
14 apartment was right next door or was it her apartment
15 was on the opposite side of the apartment complex?

16    A.    It was like in the corner.  It's in the
17 corner of my apartment.

18    Q.    Do you have Sherry's phone number?

19    A.    No.

20    Q.    So how did you get in contact with Sherry?

21    A.    She -- no.  No.  No.  You're talking about
22 back then.  She knew this other guy that was going to
23 fix my car, but ...

24    Q.    And I understand what you're trying to say.
25 I promise you, your son is going to get an opportunity

85

1  to talk to you about that.  I'm focusing with you

2  specifically on how -- you said Sherry was your

3  neighbor.

4          Did you just see Sherry around, or?

5     A.   Yes.

6     Q.   Okay.  Now, why would you give Sherry the

7  keys to your car?  Because she was going to get it

8  fixed for you?

9     A.   She had a friend that she said that he was

10 going to fix it.

11    Q.   So were you and Sherry's friends?

12    A.   Yes.

13    Q.   So how did you contact Sherry in January of

14 2015?

15    A.   Because I used to see her all the time, you

16 know.

17    Q.   You didn't have her phone number ever?

18    A.   No.  Because we just like neighbors.  She

19 will be all the time outside.  She smoke, you know,

20 cigarette, so she had to be outside the apartment.

21    Q.   So you gave your keys to someone who you

22 couldn't even contact?

23    A.   No.  I can go to the door.

24         THE COURT:  All right.  Let me stop you.

25 That's argumentative.  I think she's testified to that.

                                                    86

1 Let's move on.

2 BY MR. COOPER:

3      Q.    So who else did you give your car to in

4 January?

5      A.    In January?

6      Q.    And we're talking about January 1st through

7 January 6th.

8      A.    January 6th?

9      Q.    Just to put it in, I guess, into perspective,

10 January 6th would be the day that the police searched

11 your vehicle.

12      A.    At that time I think it's only -- I think

13 it's only her and I know other people too, but I can't

14 remember their names.

15      Q.    You gave your vehicle to other people too?

16      A.    Yeah.  But I know them, though.

17      Q.    How many other people?

18      A.    Like two more guys.

19      Q.    And how do you know those two guys?

20      A.    They were his friends, but I don't know their

21 names.

22      Q.    And you gave the vehicle directly to them.

23 You didn't give the vehicle to your son?

24      A.    Well, they just want to borrow it.  I said,

25 okay, just bring it right back, and they did.

87

000199

1     Q.   And you don't know their names?

2     A.   No.

3     Q.   So you were just handing your keys out to

4  people whose names you didn't even know?

5     A.   No.  I see them being around.  They're his

6  friends.

7     Q.   How do you know they were his friends?

8     A.   Because they would come to see him and they

9  would go out.

10    Q.   Where was your son at during this whole time

11 period?  He didn't have to use the vehicle?

12    A.   Yeah.  He also borrowed my car.

13    Q.   But there was times where your son's friends

14 just came over and you gave them the keys without your

15 son knowing?

16    A.   Well, like --

17         MR. QAZI:  Sir, I object.

18         THE COURT:  Hold on.  Hold on.

19         MR. QAZI:  He already said that question.

20         THE COURT:  Asked and answered?  I think it's

21 a little different.

22         MR. COOPER:  It is a different question.

23         THE COURT:  You gave them to his friends

24 without your son knowing about it that date, so.

25         MR. QAZI:  Okay.

000200

1                    THE WITNESS:  He doesn't need to know.  It's

2  my car.

3                    THE COURT:  Do you know these friends' names?

4                    THE WITNESS:  I don't know their names.

5                    THE COURT:  Have you seen them -- do they

6  still live in the apartment complex?

7                    THE WITNESS:  No.

8                    THE COURT:  Have you seen them since

9  January 6th?

10                   THE WITNESS:  No, I haven't seen them since

11 then.

12 BY MR. COOPER:

13      Q.   So why would you give the keys to your son's

14 friends instead of giving it to your son?

15      A.   Because my son wasn't around, and then they

16 came and I gave it to them, and they brought the key

17 back.

18      Q.   So his friends would come around your house

19 without your son even being there?

20      A.   I mean, they're his friends.  It's okay.  I'm

21 an old person.  I'm not a young lady.

22      Q.   Okay.  And this all happened between

23 January 1st -- we're talking about five days here.

24 January 1st and January 6th.

25                   So then when were you using your car if you

                                                              89

1  were letting everyone else use it?

2         MR. QAZI:  I object, Your Honor.

3         THE COURT:  Sustained.  It's argumentative.

4  BY MR. COOPER:

5     Q.   When were you using your car?

6     A.   When I would use it?

7     Q.   Yes.

8     A.   At that time I used to walk more.  Now I'm

9  not walking as well, because I had a surgery, cancer

10 operation.  So I was walking better before and I didn't

11 have to -- like I was saying, I can walk to my job.  I

12 still can do it but not as fast.

13    Q.   I don't think you understood my question.  My

14 question was:  When were you using your vehicle

15 between -- we're talking about between January 1st and

16 January 6th.

17    A.   Off and on.

18    Q.   Off and on?

19    A.   Is that the answer you want?

20    Q.   Whatever the truth is.

21    A.   Off and on.

22         THE COURT:  Anything further on this?  I

23 think we've established that she's loaned some people

24 the vehicle.

25         MR. COOPER:  Yes.  I'm going to move on.

                                                        90

1   Only one more question.

2   BY MR. COOPER:

3        Q.   So when you let these people use your

4   vehicle, after they used it, is it safe to say you went

5   back into your vehicle?

6        A.   Yeah.

7        Q.   Okay.  And those consoles we're talking

8   about, were those ever in a different spot or were they

9   always right where they were when you left them?

10       A.   Everything was okay.

11       Q.   All right.  So now let's talk about

12   January 6th.  So January 6th, are you at home?  Are you

13   at work?

14       A.   What day was that?

15       Q.   The day the police searched your vehicle.

16       A.   No.  But what day was that?  Monday?

17   Tuesday?

18       Q.   What day of the week?  I'm not sure.  You

19   don't remember where you were when the police searched

20   your vehicle?

21       A.   I can't remember.

22       Q.   It was a Tuesday.

23       A.   It was a Tuesday.  I was home.

24       Q.   Okay.  And your son asked you for the keys to

25   the car or did he have his own set?

91

1    A.    He had his copy.

2    Q.    He has a copy of the keys?

3    A.    Uh-huh.

4    Q.    So was he allowed to just take the car any
5  time he wanted to?

6    A.    Yes.

7    Q.    He didn't have to tell you before he took the
8  car or anything like that?

9    A.    Sometimes he would tell me.  Sometimes he
10  didn't.

11    Q.    Okay.

12    A.    But by the end of the day, I knew he had it.

13    Q.    So are you at home when he leaves with the
14  car?  Do you remember him actually leaving with the
15  vehicle?

16    A.    I know he was going to the doctor.  He had a
17  psychiatry appointment or something.  The doctor refer
18  him to a psychiatrist.

19    Q.    Okay.  Do you remember what time of the day
20  this was?

21    A.    Daytime.

22    Q.    I'm sorry?

23    A.    It was daytime that he was going to go to the
24  doctor.

25    Q.    Now, this might be hard for you to think

                                                            92

```
 1  back, but think back for me.  Was this before noon or
 2  was this after noon?
 3       A.   It must have been after noon.  I don't know.
 4       Q.   How long was he gone with the vehicle that
 5  day?
 6       A.   Oh, no.  I don't know.  I cannot remember
 7  that.
 8       Q.   Well, I mean by that, was it only a couple
 9  minutes or was it hours?
10       A.   He had it hours.
11       Q.   He had it hours?
12       A.   Yeah.
13       Q.   Now --
14            MR. COOPER:  Court's indulgence.
15  BY MR. COOPER:
16       Q.   Did your son live with you?
17       A.   Off and on.  He had -- he used to be with his
18  girlfriend, so he used to be with her.
19       Q.   I'm talking about January 6, 2015.  Did he
20  live with you?
21       A.   I can't remember.  I don't remember.  His
22  girlfriend may be able to answer that.  I don't
23  remember.
24       Q.   Okay.  Well, when he had the key to your car,
25  there was times where he didn't live with you and had a
```

93

1 key to your car?

2     A.   Yes.

3     Q.   So would he just come over to your apartment
4 and just take the car and go?

5     A.   Yes.  If he didn't need it, he would leave it
6 there, and then I would be able to use it.  At that
7 time, like I was saying, I was able to walk.  I didn't
8 need it.

9     Q.   So your son was the primary user of that
10 vehicle then?

11          MR. QAZI:  I object.

12          MR. COOPER:  And for what reason?

13          THE COURT:  Well --

14          MR. QAZI:  Relevancy.

15          THE WITNESS:  Both.

16          THE COURT:  I think we've established --

17          MR. QAZI:  It's her vehicle.

18          THE COURT:  -- mutual control of the vehicle.
19 Yes?

20          MR. COOPER:  I'm sorry, Your Honor.  Was
21 that --

22          THE COURT:  I guess he controlled it.  He can
23 own, possess, and drive it.

24          MR. COOPER:  Well, she's saying she walked
25 everywhere.

94

```
 1              THE COURT:  Yes.
 2              MR. COOPER:  So that's why I'm just asking --
 3  and I'm obviously allowed to lead on cross, and she can
 4  answer the question any way she wants.  I don't know
 5  why that question was objected to.
 6              MR. QAZI:  Your Honor, she also said she was
 7  off and on.  It's her vehicle.
 8              THE COURT:  You guys are killing me.  Go
 9  ahead and ask the question.  I mean this horse ain't
10  going to die any further.
11              MR. COOPER:  I know, Your Honor.
12              THE COURT:  So the fact is this car was made
13  available to a lot of people.  That's what she's
14  testified to.
15              MR. COOPER:  Allegedly.
16              THE COURT:  There were three people that she
17  specifically stated.  He had the keys, was able to use
18  it, use it at any time.  He didn't even have to tell
19  her.  He could grab the keys.  Whether he lived there
20  or not lived there --
21              MR. COOPER:  Right.
22  BY MR. COOPER:
23      Q.   I guess to just follow up my question:  You
24  said you walked most of the time.  When you went to
25  work and everything like that, you were walking, right?
```

```
 1      A.    Uh-huh.

 2            THE COURT:  Yes?

 3  BY MR. COOPER:

 4      Q.    I'm sorry.  Was that a "yes"?

 5      A.    Yes.

 6      Q.    And these other people would only use the car

 7  occasionally; is that safe to say?

 8      A.    Yes.

 9      Q.    So the primary user of that vehicle, was that

10  the defendant?  And by "primary," I mean --

11      A.    Both.  Both.

12      Q.    -- the person that used the vehicle the most.

13  Was that the defendant?  I'm sorry.  Was that your son?

14      A.    No.  I would say half and half.

15      Q.    You and your son used the vehicle half and

16  half?

17      A.    Yes.

18      Q.    That's fine.  So do you own any guns?

19      A.    What's that?

20      Q.    Do you own any guns?

21      A.    No.

22      Q.    Do you --

23            THE COURT:  Really?  You can ask the

24  question, but ...

25            MR. COOPER:  Court's indulgence.
```

96

```
 1              THE COURT:  I'm not stopping you.
 2  BY MR. COOPER:
 3      Q.   Did you ever put a gun in the vehicle?
 4      A.   No.
 5      Q.   And the two people that had keys to the
 6  vehicle were you and your son?  I think that's what you
 7  said, right?  You had a set of keys to the vehicle?
 8      A.   Yeah.
 9      Q.   And your son had a set of keys to the
10  vehicle?
11      A.   Yes.
12      Q.   Those are the only two sets of keys?
13      A.   Yes.
14      Q.   You didn't put any drugs in the car, right?
15           THE COURT:  Ma'am, answer yes or no.
16           THE WITNESS:  No.
17  BY MR. COOPER:
18      Q.   You didn't smoke marijuana in the car?
19      A.   No, I didn't.
20           MR. QAZI:  I object.
21           THE COURT:  Well, I'm going to allow the
22  question to stand.
23  BY MR. COOPER:
24      Q.   And you don't own a black revolver or
25  anything like that, do you?
```

000209

1      A.   No.  No.

2      Q.   Do you have any other children?

3      A.   No.

4      Q.   Okay.  And when your -- did anyone else live

5  in your --

6           THE COURT:  Are you okay, ma'am?  Do you need

7  to stand up?

8           THE WITNESS:  Yes.

9           THE COURT:  You may stand up.  If you feel

10  comfortable standing up.

11          MR. COOPER:  I'm so close to being done, Your

12  Honor.  I know I've beat this horse, but just maybe two

13  more questions.

14          THE COURT:  All right.

15  BY MR. COOPER:

16     Q.   When you lived with your son, did anyone else

17  live there?

18     A.   No.

19     Q.   I'm sorry.  Was that a "no"?

20     A.   No.

21     Q.   Okay.  And in the whole month of January, did

22  anyone else live in your apartment with you, other --

23          MR. QAZI:  I object.  What's the relevancy?

24          THE COURT:  Let him finish the question.

25

98

1 BY MR. COOPER:

2    Q.   -- other than either just yourself or you

3 with your son?

4          THE COURT:  I'll allow the question to stand.

5          THE WITNESS:  My grandson.

6 BY MR. COOPER:

7    Q.   How old is your grandson?

8    A.   Five years old.

9    Q.   Is that -- I'm assuming that's your son's

10 child?

11    A.   Yes.

12         MR. COOPER:  No further questions, Your

13 Honor.

14         THE COURT:  All right.  Any redirect?  Any

15 more questions you wish to ask, follow-up questions?

16         MR. QAZI:  No, sir.

17         THE COURT:  Is she free to leave?

18         MR. QAZI:  Yes.

19         THE COURT:  Ma'am, hold on a second.  We may

20 be able to help you down.  Miss Qazi, thank you for

21 your testimony.  Please do not discuss your testimony

22 with any other witnesses.

23         Defense, anything further?  Any other

24 witnesses you wish to call at this time?

25         MR. QAZI:  No.

99