UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00014-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| OMAR QAZI, | |
| Defendant. | |

Defendant's counsel Telia U. Williams orally moved to withdraw as counsel and for the appointment of appellate counsel on December 6, 2018.

IT IS HEREBY ORDERED that G. Michael Tanaka, Esq. is appointed to represent OMAR QAZI for this appeal. Mr. Tanaka's address is 12400 Wilshire Boulevard, Suite 400, Los Angeles, California 90025 and phone number is 323-825-9746.

Former counsel, Telia U. Williams, is directed to forward the file to Mr. Tanaka forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 7th day of December 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE