# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-14-APG-VCF |
| Plaintiff, | **ORDER DENYING MOTION TO AMEND** |
| v. | (ECF No. 573) |
| OMAR QAZI, | |
| Defendant. | |

Defendant Omar Qazi moves to amend the judgment to include a recommendation that the Bureau of Prisons give Mr. Qazi credit for the time he spent in state custody. ECF No. 573. According to the government, Mr. Qazi spent nine days (January 6 - 15, 2015) in state custody after being arrested on the underlying gun and drug charges, and another 16 days (February 8 – 24, 2015) in state custody after being arrested on another drug charge before being brought into federal custody on a writ. *See* ECF No. 575 at 2, n. 5.

> A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences—
>
> (1) as a result of the offense for which the sentence was imposed; or
>
> (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;
>
> that has not been credited against another sentence.

18 U.S.C. § 3585(b). I do not know whether the time Mr. Qazi spent in state custody was credited against another sentence. Thus, I have no basis to recommend whether Mr. Qazi should receive credit for that time under the statute. I trust the Bureau of Prisons will investigate this issue and credit Mr. Qazi with the proper time.

IT IS THEREFORE ORDERED that Mr. Qazi's motion to amend his judgment **(ECF No. 573) is DENIED**.

Dated: February 11, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE