___FILED  ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OMAR QAZI, ) <br> Defendant. ) | **Case No. 2:15-cr-014-APG-VCF** <br><br> **ORDER TEMPORARILY UNSEALING NOTES** |

On 2-14-2019, Katherine Eismann, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on 9-27-2016, from Michael Tanaka, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Michael Tanaka.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 14th day of March, 2019.

_____
Cam Ferenbach
United States Magistrate Judge