# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>OMAR QAZI,<br><br>                Defendant. | 2:15-CR-00014-APG-VCF<br>**<u>ORDER</u>** |

On February 18, 2019, Patricia L. Ganci, Official Court Reporter, received a Transcript Order form Michael Tanaka, counsel for the defendant, requesting a transcript of the sealed hearing August 6, 2015, in the above-entitled matter.

IT IS THE ORDER OF THE COURT that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

IT IS FURTHER ORDERED that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

IT IS FURTHER ORDERED that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 18th day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE