**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,     )
        Plaintiff,     ) **Case No.2:15-CR-014-APG-VCF**
                                                )
    vs.     ) <u>**ORDER TEMPORARILY**</u>
                                                ) <u>**UNSEALING NOTES**</u>
OMAR QAZI,     )
        Defendant.     )

On 2-14-2019, Heather K. Newman, Court Reporter, received a Transcript Order form requesting the transcript of a **Motion Hearing,** in which a portion of the hearing was sealed, held on 8-28-2018 from Michael Tanaka.

**IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Michael Tanaka.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 20th day of March, 2019.

_____
ANDREW P. GORDON
United States District Judge