UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.

OMAR QAZI,

       Defendant - Appellant.

No. 18-10483

D.C. No. 2:15-cr-00014-APG-VCF-1
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered September 17, 2020, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7